AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA - Eastern Division_____

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

V.

WIREGRASS CONSTRUCTION CO., INC. and
ST. PAUL TRAVELERS INSURANCE CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06 CV78-MHT

TO: (Name and address of Defendant)

ST. PAUL TRAVELERS INSURANCE COMPANY
3000 RIVERCHASE GALLERIA
SUITE 600, MC1014
BIRMINGHAM, AL 35244

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER J. ZULANAS
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
BIRMINGHAM, AL 35243
TEL: (205) 278-7050
FAX: (205) 278-7001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              1/31/06
CLERK                                          DATE

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Eastern Division__

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

V.

WIREGRASS CONSTRUCTION CO., INC. and
ST. PAUL TRAVELERS INSURANCE CO.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06 cv 78-MHT

TO: (Name and address of Defendant)

WIREGRASS CONSTRUCTION CO., INC.
C/O JOHN L. HARPER
ROUTE 1, BOX 198-A
ARITON, ALABAMA 36311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER J. ZULANAS
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
BIRMINGHAM, AL 35243
TEL: (205) 278-7050
FAX: (205) 278-7001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK V. Austin

DATE 1/31/06