**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wiregrass Construction Co., Inc.
% John L. Harper
Route 1 Box 198-A
Ariton, AL  36311

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Cruikshank*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  *Cruikshank*   C. Date of Delivery  2-1-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   *3.06 CV78-MHT Ariton AL SVC*

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7002 2030 0000 9018 5252

PS Form 3811, August 2001       Domestic Return Receipt

102595-01-M-2509