**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   St. Paul Travelers
   3000 Riverchase Galleria
   Suite 600, MC1014
   Birmingham, AL 35244

2. Article Number
   (Transfer from service label)

   7002 2030 0000 9018 5269

PS Form 3811, August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Joann Verner_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Joann Verner                   2/1/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   3:06CV78-MHT
   SRW

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-01-M-2509