# DEFENDANT'S EXHIBIT A

Certificate of Insurance, December 16, 2004

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 12/16/2004

(334)277-1000   FAX (334)277-2498
...nov Insurance Inc.
O Box 235000
ontgomery, AL 36123-5000
ISR, Mark Keltz

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED:** David Bulger, Inc.
3904 Birmingham Hwy
Montgomery, AL 36108

**INSURERS AFFORDING COVERAGE** | **NAIC #**

- INSURER A: State Auto Insurance Co.
- INSURER B: AL Home Builders SIF
- INSURER C:
- INSURER D:
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE | LIMITS | |
|---|---|---|---|---|---|
| **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS MADE [X] OCCUR | SOC2141652 02 | 10/19/2004 | 10/19/2005 | EACH OCCURRENCE | $1,000,000 |
| | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | MED EXP (Any one person) | $5,000 |
| | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | GENERAL AGGREGATE | $2,000,000 |
| GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| **AUTOMOBILE LIABILITY** [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [X] HIRED AUTOS [X] NON-OWNED AUTOS | BAP2095834 | 10/19/2004 | 10/19/2005 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | BODILY INJURY (Per person) | $ |
| | | | | BODILY INJURY (Per accident) | $ |
| | | | | PROPERTY DAMAGE (Per accident) | $ |
| **GARAGE LIABILITY** [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| **EXCESS/UMBRELLA LIABILITY** [X] OCCUR [ ] CLAIMS MADE  [ ] DEDUCTIBLE  [ ] RETENTION $ | SOC2141652 02 | 10/19/2004 | 10/19/2005 | EACH OCCURRENCE | $3,000,000 |
| | | | | AGGREGATE | $3,000,000 |
| **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 09939-00 | 01/01/2005 | 01/01/2006 | [X] WC STATUTORY LIMITS / OTHER | |
| | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| **OTHER** | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
...grass Construction Co., Inc. is named as an Additional Insured as their interest may ...ar on the Genearal Liability and Auto Liability policies.

**CERTIFICATE HOLDER**

Wiregrass Construction Company, Inc.
P.O. Box 48
Ariton, AL 36311

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**
Mark Keltz, CISR/MLK   *[signature]*

RD 25 (2001/08)
©ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)