# DEFENDANT'S EXHIBIT B

Fax Communication from State Auto to St. Paul Travelers
January 26, 2006

01/26/2006  15:22   8648771302                                              PAGE  01

# FAX

| | |
|---|---|
| Date | January 26, 2006 |
| Number of pages including cover sheet | 1 |

| | | | | |
|---|---|---|---|---|
| TO: | Reba McLain | | FROM: | Sharon Furlong, CPCU |
| Re: | | | | State Auto Insurance Companies |
| insured: | David Bulgar, Inc | | | PO Box 199 |
| policies: | BAP 2 095 834 & | | | 112 S Main Street |
| | SOC 2 141 652 | | | Greer, SC 29652-0199 |
| loss date: | 5/9/05 | | e-mail | sharon.furlong@stateauto.com |
| Your insd: | Wiregrass Construction | | | |
| Phone | 205-982-4576 | | Phone | 800-234-1878x3275 |
| Fax Phone | 205-982-4616 | | Fax Phone | 864-877-1302 |

CC:

REMARKS:   ☐ Urgent    ☒ For your review    ☐ Reply ASAP    ☐ Please Comment

As you requested, this fax is being sent to confirm that State Auto Mutual Insurance will not be assuming the defense of Wiregrass Construction at this time.

JAN 26 2006 15:30                                                    8648771302       PAGE.01