IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv78-MHT |
| WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for more definite statement (Doc. No. 6) is set for submission, without oral argument, on March 17, 2006, with all briefs due by said date.

DONE, this the 23rd day of February, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE