## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style: State Automobile Mutual Insurance Company v. Wiregrass Construction**
**Case Number: 3:06-cv-00078-MHT**

**Referenced Pleading: Motion to Amend Complaint  - Doc.9**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**