IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**(EASTERN DIVISION)**

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION CASE NUMBER: ) |
| WIREGRASS CONSTRUCTION CO., INC., and TRAVELERS INDEMNITY COMPANY, | ) 3:06-CV-00078-MHT ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND

COMES NOW the Plaintiff in the above-styled action, **State Automobile Mutual Insurance Company ("State Auto")**, and moves this Honorable Court to allow it leave to amend its complaint to name The Travelers Indemnity Company as a defendant in this action. As grounds for this motion, Plaintiff sets forth and says as follows:

1. In its Answer to Plaintiff's Complaint for Declaratory Judgment, The Travelers Indemnity Company states it was incorrectly identified in the complaint as St. Paul Travelers. Plaintiff should be allowed to amend its complaint to name The Travelers Indemnity Company as a defendant as it has identified itself in its answer.

WHEREFORE, PREMISES CONSIDERED, State Automobile Mutual Insurance Company respectfully requests that this Honorable Court grant it leave to amend its Complaint for Declaratory Judgment.

Respectfully submitted,

_____
Christopher J. Zulanas (ASB-1572-u82c)
E-Mail: czulanas@friedmanleak.com

Michael J. Douglas (ASB-2888-c52d)
E-Mail: mdouglas@friedmanleak.com

Attorneys for Plaintiff
State Automobile Mutual Insurance Company

**Friedman, Leak, Dazzio,
Zulanas & Bowling, PC**
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
Telephone: (205) 278-7000
Facsimile: (205) 278-7001

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be served on counsel for all parties via first class mail, postage prepaid and properly addressed this 28th day of February 2006.

Clyde C. (Jack) Owen Jr.
C. Winston Sheehan, Jr.
Attorneys for Wiregrass Construction
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Carol Ann Smith
Susan Rogers
Attorneys for The Travelers Indemnity Company
**SMITH & ELY, LLP**
2000A SouthBridge Parkway, Suite 405
Birmingham, AL 35209

_____
OF COUNSEL