IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STATE AUTOMOBILE MUTUAL     )
INSURANCE COMPANY,          )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )      3:06cv78-MHT
                            )
WIREGRASS CONSTRUCTION CO., )
and ST. PAUL TRAVELERS,     )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that the motion for leave to amend (Doc. No. 9) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 8th day of March, 2006.

                                    /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE