IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL ACTION NO. 3:06-cv-0078-MHT |
| ) ) | |
| WIREGRASS CONSTRUCTION CO., INC., ) And ST. PAUL TRAVELERS, ) ) | |
| Defendants. ) | |

## REPORT OF PARTIES DISCOVERY PLANNING MEETING

1.   Pursuant to Fed. R. Civ. P., 26(f), a meeting was held by telephone conference between H. Spence Morano, Counsel for the Plaintiff; Winston Sheehan and Jack Owen, Counsel for the Defendant, Wiregrass Construction; and Susan Rogers, Counsel for Defendant, Travelers Indemnity Company, incorrectly identified as St. Paul Travelers.

2.   Pre-Discovery Disclosures. The parties will exchange by March 31, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3.   Discovery Plan. The parties jointly propose to the Court the following discovery plan.

   A.   Discovery will be needed on the following subjects:

Facts related to Plaintiff State Auto's claims of non-coverage under the subject insurance polices, and Defendants' defenses; circumstances related to issuance of subject policies to David Bulger, Inc.; agency and/or other relationship between State Auto Companies and Aronov Insurance, Inc.; process for issuance of certificates of insurance and policy endorsements; and

specifics of requests for and issuance of certificates of insurance and endorsements of the subject State Auto policies.

  B. All discovery shall be commenced in time to be completed by August 21, 2006;

  C. A maximum of 40 interrogatories by each party to the other party;

   (Responses due 30 days after service.)

  D. A maximum of 20 requests for admissions by each party to the other party;

   (Responses due 30 days after service.)

  E. A maximum of 40 requests for production by each party to any other party;

   (Responses due 30 days after service.)

  F. A maximum of 10 depositions by Plaintiff and 10 depositions by each Defendant;

  G. Reports from retained experts under Rule 26(a)(2) shall be due:

   From Plaintiff by June 26, 2006;

   From Defendant by July 26, 2006;

  H. Supplementations under Rule 26(e) due 30 days after receipt of information.

 4. Other items:

  A. The parties do not request a telephone conference with the Court before entry of the scheduling order.

  B. The parties request a pretrial conference in September, 2006.

  C. Plaintiff should be allowed until May 10, 2006, to join additional parties and until May 24, 2006 to amend the pleadings.

  D. Defendants should be allowed until June 15, 2006, to join additional parties and until June 29, 2006 to amend the pleadings.

  E. All potentially dispositive motions should be filed by July 31, 2006.

  F. Settlement cannot be realistically evaluated prior to the close of discovery.

  G. Final lists of witnesses and exhibits shall be due:

    From Plaintiff - 30 days before trial.

    From Defendants - 20 days before trial.

  H. Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections.

  I. The case should be ready for trial by October 23, 2006, and at this time is expected to take approximately 2 days.

DATE: __3/14/06__

        _____
        H. Spence Morano
        Attorney for Plaintiff,
        State Automobile Mutual Insurance Company

        _____
        C. Winston Sheehan, Jr.
        Jack Owen
        Attorneys for the Defendant,
        Wiregrass Construction Company, Inc.

/s/ Susan Rogers
Susan Rogers
Attorney for the Defendant, The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers