IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>WIREGRASS CONSTRUCTION CO., INC.; and ST. PAUL TRAVELERS, )<br>)<br>Defendant(s). | CIVIL ACTION NO. 3:06 CV 78-MHT |

## JOINDER IN MOTION FOR MORE DEFINITE STATEMENT

COMES NOW the Defendant, The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers, and hereby joins in and adopts the Motion for More Definite Statement, and any brief and documents in support of same, filed by Wiregrass Construction Co., Inc.

/s/ Susan Rogers
Carol Ann Smith (ASB-3485-T81C)
Susan Rogers (ASB-6586-S74S)
Attorneys for Defendant The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|   |   |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __x__ | E-File |

on this the 16th day of March, 2006.

/s/ Susan Rogers
OF COUNSEL

cc: C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35242-3219

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendant(s). | ) | |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the defendant, The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers, makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of its stock:

| | |
|---|---|
| The Travelers Indemnity Company | The Travelers Indemnity Company, a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc., a wholly-owned subsidiary of Travelers Property Casualty Corp., a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company. |

/s/Susan Rogers
Carol Ann Smith (ASB-3485-T81C)
Susan Rogers (ASB-6586-S74S)
Attorneys for Defendant The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| \_\_\_\_\_ | Hand Delivery |
| \_\_\_\_\_ | U. S. Mail |
| \_\_\_\_\_ | Overnight Delivery |
| \_\_\_\_\_ | Facsimile |
|   x   | E-File |

on this the 16th day of March, 2006.

                                                /s/Susan Rogers
                                              OF COUNSEL


cc:    C. Winston Sheehan, Jr.
       Jack Owen, Jr.
       Ball, Ball, Matthews & Novak, P.A.
       P.O. Box 2148
       Montgomery, AL 36102


       Christopher John Zulanas
       Michael Jon Douglas
       H. Spence Morano
       Friedman, Leak, Dazzio, Zulanas & Bowling, PC
       P.O. Box 43219
       Birmingham, AL 35242-3219