IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

STATE AUTOMOBILE MUTUAL   )
INSURANCE COMPANY,        )
                          )
   Plaintiff,             )
                          )
   v.                     )    CIVIL ACTION NO.
                          )      3:06cv78-MHT
WIREGRASS CONSTRUCTION    )
COMPANY, INC., et al.,    )
                          )
   Defendants.            )

ORDER

It is ORDERED that the motions for more definite statement filed by defendant Wiregrass Construction Company, Inc. (Doc. No. 6) and defendant St. Paul Travelers (Doc. No. 14) are set for on-the-record oral argument on March 22, 2006, at 9:00 a.m. Counsel for the defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 20th day of March, 2006.

                                      /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE