IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

STATE AUTOMOBILE MUTUAL   )
INSURANCE COMPANY,        )
                          )
   Plaintiff,             )
                          )
   v.                     )   CIVIL ACTION NO.
                          )   3:06cv78-MHT
WIREGRASS CONSTRUCTION    )
COMPANY, INC., et al.,    )
                          )
   Defendants.            )

## ORDER

It is ORDERED that the on-the-record oral argument, currently set for March 22, 2006, is reset to March 27, 2006, at 9:00 a.m.  Counsel for the defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 21st day of March, 2006.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE