# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE                AT    MONTGOMERY,   ALABAMA

DATE COMMENCED   MARCH 27, 2006                  AT         9:10         A.M./P.M.

DATE COMPLETED   MARCH 27, 2006                  AT         9:17         A.M./P.M.

```
STATE AUTOMOBILE MUTUAL           )
INSURANCE COMPANY                 )
                                  )
            Plaintiff             )
                                  )
      v                           )   CA No. 3:06-cv-00078-MHT
                                  )
WIREGRASS CONSTRUCTION COMPANY, INC. )
et al                             )
                                  )
            Defendants            )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty Christopher Zulanas | X | Attys C. Winston Sheehan, Jr., |
| | X | Jack Owen, Jr., Susan Rogers |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
| Law Clerk | Courtroom Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:   ORAL ARGUMENT


9:10  a.m.    Oral argument commenced via telephone on defendant Wiregrass
              Construction Company's motion for more definite statement
              (DN 6) and defendant St. Paul Travelers' joinder in motion
              (DN 14). Motion will be granted; plaintiff has until Friday
              to file an amended complaint that asserts more definite
              statements, as stated on the record.
9:17  a.m.    Argument concluded.