IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WIREGRASS CONSTRUCTION COMPANY, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)       3:06cv78-MHT<br>)<br>)<br>)<br>) |

ORDER

Based on the representations made during the on-the-record oral argument held on March 27, 2006, it is ORDERED that the defendants' motion for a more definite statement (Doc. No. 6) is granted.  Plaintiff State Automobile Mutual Insurance Company is allowed until Friday, March 31, 2006, to amend the complaint to include more definite statements regarding which policy

provisions are at issue and the status of Aranov Insurance, Inc.

DONE, this the 27th day of March, 2006.

                                                    /s/ Myron H. Thompson
                                                   **UNITED STATES DISTRICT JUDGE**