AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Eastern Division__

State Automobile Mutual Insurance Company

V.

Wiregrass Construction Co., Inc.; St. Paul Travelers and The Travelers Indemnity Co.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06-cv-00078-MHT-SRW

TO: (Name and address of Defendant)

The Travelers Indemnity Company
c/o Susan Rogers, Esq.
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, AL 35209

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Zulanas, Esq.
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
(205) 278-7000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  3/27/06