IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendant(s). | ) ) | |

**DEFENDANT'S INITIAL DISCLOSURES**

COMES NOW the Defendant, The Travelers Indemnity Company ("Travelers"), incorrectly identified as St. Paul Travelers, and hereby submits the following Initial Disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and Order of the Court:

**A.   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

1. David Bulger
   1105 Pates Mill Lane
   Prattville, AL 36067

2. Edward Bowman
   416 4th Street
   126 Indian Trail
   Prattville, AL 36067

3. Mark Keltz, CISR/MLK
   Aronov Insurance, Inc.
   P.O. Box 235000
   Montgomery, AL 36123
   (334) 277-1000

    4.    A representative of and/or Custodian of Records at Aronov Insurance, Inc.
P.O. Box 235000
Montgomery, AL 36123

    5.    Custodian of Records
State Auto Insurance Companies
P.O. Box 199
112 S. Main Street
Greer, SC 29652-0199

    6.    Sharon Furlong, CPCU
State Auto Insurance Companies
P.O. Box 199
112 S. Main Street
Greer, SC 29652-0199
(800) 234-1878   Ext. 3275

    7.    Greg Miller
3800 Colonnade Parkway
Birmingham, AL  35243
(205) 969-2779 Ext. 412

    8.    A representative of State Auto Insurance Companies
P.O. Box 199
112 S. Main Street
Greer, SC 29652-0199.

    9.    A representative of Wiregrass Construction
P.O. Box 8157
Dothan, AL 36304

    10.    Reba McLain
St. Paul Travelers
c/o Smith & Ely, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, AL 35209

**B.**    **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

See attached documents, which include:

1. The Subcontract between David Bulger, Ins. and Wiregrass Construction Company, Inc.

2. The Certificate of Liability Insurance, dated December 16, 2004, issued to Wiregrass Construction Company, Inc., bearing the name of Aronov Insurance, Inc.

3. Correspondence from Sharon Furlong of State Auto dated January 26, 2006.

Additionally, Travelers lists, but does not provide a copy of:

1. Declaratory Judgment Complaint and subsequent pleadings/discovery submitted in this matter.

2. The entire court file in <u>Jessica Hatton as dependent widow and administratrix of the Estate of Jackson Irving Hatton, Jr. v. Macon County, a governmental entity; and David Bulger, Inc.; Edward Bowman; Wiregrass Construction Company, Inc.</u>, filed in the Circuit Court for Macon County, Alabama, Civil Action No. CV-05-119.

3. All depositions, and any and all exhibits to said depositions, taken in <u>Jessica Hatton as dependent widow and administratrix of the Estate of Jackson Irving Hatton, Jr. v. Macon County, a governmental entity; and David Bulger, Inc.; Edward Bowman; Wiregrass Construction Company, Inc.</u>, filed in the Circuit Court for Macon County, Alabama, Civil Action No. CV-05-119.

4. Policy of insurance issued by State Automobile Mutual Insurance Company to "David Bulger, Inc.", policy number SOC 2141652 02, for the policy period October 19, 2004 to October 19, 2005.

5. Policy of insurance issued by State Automobile Mutual Insurance Company to "David Bulger, Inc.", policy number BAP 2095834 02, for the policy period October 19, 2004 to October 19, 2005.

6. All correspondence between plaintiff and defendants.

**C. Computation of damages**

Not Applicable.

**D. Insurance agreements**

      The insurance agreements at issue in this case are the policies issued by State Automobile Mutual Insurance Company, which are in the plaintiff's possession, custody and control.

      Pursuant to Rule 26(e)(1), Travelers will supplement the above disclosures at appropriate intervals if and when Travelers learns that in some material respect the information disclosed is incomplete or incorrect and the other parties have not learned of such during the discovery process. Accordingly, Travelers reserves the right to supplement and/or amend the above initial disclosures.

      Respectfully Submitted,

/s/ Susan Rogers
Carol Ann Smith (ASB-3485-T81C)
Susan Rogers (ASB-6586-S74S)
Attorneys for Defendant The Travelers Indemnity Company, incorrectly identified as St. Paul Travelers

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
|   X   | E-File |

on this the 31st day of March, 2006.

                                                /s/ Susan Rogers
                                              OF COUNSEL

cc:    Christopher John Zulanas
        Michael Jon Douglas
        H. Spence Morano
        Friedman, Leak, Dazzio, Zulanas & Bowling, PC
        P.O. Box 43219
        Birmingham, AL 35242-3219

        C. Winston Sheehan, Jr.
        Jack Owen, Jr.
        Ball, Ball, Matthews & Novak, P.A.
        P.O. Box 2148
        Montgomery, AL 36102