| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Laura Jem____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Laura Jemison   C. Date of Delivery: 3/30/06 |
| 1. Article Addressed to:<br><br>The Travelers Indemnity Company<br>℅ Susan Rogers, Esq.<br>SMITH & ELY, LLP<br>2000-A SouthBridge Parkway, Suite 405<br>Birmingham, Alabama 35209 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0000 9018 5412 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540