# BALL, BALL, MATTHEWS & NOVAK, P.A.
## ATTORNEYS AT LAW
### EST. 1891

RICHARD A. BALL, JR.
TABOR R. NOVAK, JR.
CLYDE C. OWEN, JR.
C. WINSTON SHEEHAN, JR.
WILLIAM H. BRITTAIN II
E. HAMILTON WILSON, JR.
RICHARD E. BROUGHTON
T. COWIN KNOWLES
GERALD C. SWANN, JR.
MARK T. DAVIS
JAMES A. RIVES
ALLISON ALFORD INGRAM

2000 INTERSTATE PARK DRIVE, SUITE 204
MONTGOMERY, ALABAMA 36109-5413
POST OFFICE BOX 2148
MONTGOMERY, ALABAMA 36102-2148
TELEPHONE (334) 387-7680
TELEFAX (334) 387-3222

EMAIL: FIRM@BALL-BALL.COM
**WRITER'S EMAIL: CCOWEN@BALL-BALL.COM**

N. GUNTER GUY, JR.
B. SAXON MAIN
EMILY C. MARKS
FRED B. MATTHEWS
W. EVANS BRITTAIN
WILLIAM D. MONTGOMERY, JR.*
W. CHRISTOPHER WALLER, JR.
E. BRYAN PAUL

*ALSO ADMITTED TO PRACTICE IN FLORIDA

ONE TIMBER WAY, SUITE 200
DAPHNE, ALABAMA 36527
TELEPHONE (251) 621-7680
TELEFAX (251) 621-7681

April 5, 2006


EXHIBIT
WIREGRASS
E

Custodian of Records
Aronov Insurance, Inc.
P. O. Box 235000
Montgomery, AL 36123



Re:  Your Records on State Auto Insurance Companies and
     David Bulger, Inc.

*State Auto. Mut. Ins. Co. v. Wiregrass Construction Co., Inc., et al.*
U. S. District Court, Middle District of Alabama
Civil Action No. 3:06-cv-0078-MHT

Dear Sirs:

Our firm represents the defendant, Wiregrass Construction Co., Inc., in the above referenced lawsuit brought by State Automobile Mutual Insurance Company. The subject of the lawsuit concerns insurance coverage afforded to Wiregrass under certain policies of insurance and certificates of insurance issued through the offices of Aronov Insurance, Inc. The above referenced David Bulger, Inc. is the named insured under the policies at issue and Wiregrass is the holder of a number of certificates of insurance.

Please be advised that we have caused issuance of the attached Subpoena for your records pertaining to your agency relationship with the State Auto Companies and the issuance of policies and certificates of insurance pertaining to the State Auto policies insuring David Bulger, Inc.

I can appreciate the fact that producing these records may be inconvenient for you. Because of the nature of the issues raised in the subject lawsuit, it is possible that there may be information of a privileged or proprietary nature, as to which certain protections against external disclosure might be appropriate. We are amenable to working with you and State Auto to address any such matters by agreement. Please let me know if there is anything we can do to assist you in the production of these records for us. We will reimburse you for any reasonable expenses incurred in doing so.

Sincerely yours,

Jack Owen

Encl.

cc:   Hon. Christopher J. Zulanas
      Hon. Susan Rogers