IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendant(s). | ) | |

## ANSWER OF DEFENDANT THE TRAVELERS INDEMNITY COMPANY TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW the Defendant, The Travelers Indemnity Company (hereinafter referred to as "Travelers"), incorrectly identified in Plaintiff's original Complaint as St. Paul Travelers, and answers the Plaintiff's First Amended Complaint as follows:

1.     Paragraph 5 of Plaintiff's First Amended Complaint seeks to amend Plaintiff's original Complaint to add The Travelers Indemnity Company as a Defendant in this action. Travelers admits that its proper name is The Travelers Indemnity Company and that it is licensed to do business in the State of Alabama, but denies the remainder of the allegations contained in paragraph 5 of Plaintiff's First Amended Complaint and demands strict proof thereof.

2.     Travelers fully incorporates as if set forth fully herein all responses and defenses as stated in its Answer to Complaint for Declaratory Judgment filed February 21, 2006.

Respectfully submitted,


/s/ Susan Rogers
Carol Ann Smith (ASB-3485-T81C)
Susan Rogers (ASB-6586-S74S)
Attorneys for Defendant,
The Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445


## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|        |                    |
|--------|--------------------|
| _____ | Hand Delivery      |
| _____ | U. S. Mail         |
| _____ | Overnight Delivery |
| _____ | Facsimile          |
| x      | E-File             |

on this the 14th day of April, 2006.


/s/ Susan Rogers
OF COUNSEL


cc:    Christopher John Zulanas
       Michael Jon Douglas
       H. Spence Morano
       Friedman, Leak, Dazzio, Zulanas & Bowling, PC
       P.O. Box 43219
       Birmingham, AL 35242-3219


2

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102