IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>vs.<br><br>WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant(s). | CIVIL ACTION NO. 3:06 CV 78-MHT |

### ANSWER OF DEFENDANT THE TRAVELERS INDEMNITY COMPANY TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW the Defendant, The Travelers Indemnity Company (hereinafter referred to as "Travelers"), and answers the Plaintiff's Second Amended Complaint as follows:

Travelers asserts and re-alleges each and every defense set out in its Answer and Answer to Plaintiff's Amended Complaint as if fully set forth herein.

### I. Parties, Jurisdiction and Venue

1-3. Travelers asserts and re-alleges its specific responses to the parties, jurisdiction and venue portions of State Automobile Mutual Insurance Company's previously filed Complaint and Amended Complaint as if fully set forth herein.

4. Defendant admits that there is a legal entity by the name of St. Paul Travelers, but denies the remaining allegations in paragraph 4 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

5. Travelers admits that its proper name is The Travelers Indemnity Company and that

it is licensed to conduct business in the State of Alabama, but specifically denies that its principal place of business is in Minnesota and denies the remaining allegations in paragraph 5 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

6. Travelers asserts and re-alleges its specific responses to the parties, jurisdiction and venue portions of State Automobile Mutual Insurance Company's previously filed Complaint and Amended Complaint as if fully set forth herein.

## II. Factual Background

7. Defendant admits that Exhibits "2" and "3" are copies of insurance policy documents, which are written documents, the terms of which speak for themselves. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 7 of Plaintiff's Second Amended Complaint and therefore denies same and demands strict proof thereof.

8. Admitted as to the fact that an accident occurred but denied as to the remainder of the allegations contained in paragraph 8 of Plaintiff's Second Amended Complaint for lack of knowledge or information sufficient to form a belief as to the truth of the allegations.

9. Defendant admits that Exhibit "4" is a subcontract. The subcontract is a written document, the terms of which speaks for itself. Defendant admits that demands for defense and indemnity were made to State Auto on behalf of Wiregrass Construction Company, but specifically denies that these demands were not made until after Wiregrass Construction Company was named as a Defendant in a lawsuit filed by Jessica Hatton. Defendant denies the remainder of the allegations contained in paragraph 9 of Plaintiff's Second Amended Complaint and demands strict proof thereof.

10. Defendant admits that the State Auto policies contain numerous provisions and language which may apply to the underlying lawsuit and the demand for defense and indemnity made

by or on behalf of Wiregrass Construction Company. Defendant denies the remainder of the allegations contained in paragraph 10 of Plaintiff's Second Amended Complaint and demands strict proof thereof. Defendant specifically denies that any of the terms or policy provisions cited by Plaintiff in paragraph 10 of its Second Amended Complaint operate to exclude coverage to Wiregrass for defense and indemnity in regard to the claims made against it in the underlying suit

### III. Claims for Relief

11. Denied.

Defendant denies the demand for relief made in the unnumbered paragraph that follows paragraph 11 of Plaintiff's Second Amended Complaint, demands strict proof thereof, and re-alleges its responses to paragraphs 1-11.

Respectfully submitted,

/s/ Susan Rogers
Carol Ann Smith (ASB-3485-T81C)
Susan Rogers (ASB-6586-S74S)
Attorneys for Defendant,
The Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

_____    Hand Delivery
_____    U. S. Mail
_____    Overnight Delivery
_____    Facsimile
_____    E-File

on this the \_\_\_ day of _____, 2006.

/s/ Susan Rogers
OF COUNSEL


cc:   Christopher John Zulanas
      Michael Jon Douglas
      H. Spence Morano
      Friedman, Leak, Dazzio, Zulanas & Bowling, PC
      P.O. Box 43219
      Birmingham, AL 35243

      C. Winston Sheehan, Jr.
      Jack Owen, Jr.
      Ball, Ball, Matthews & Novak, P.A.
      P.O. Box 2148
      Montgomery, AL 36102