IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>vs.<br><br>WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant(s). | CIVIL ACTION NO. 3:06 CV 78-MHT |

## MOTION TO WITHDRAW

Comes now the undersigned, Susan Rogers, one of the attorneys for the defendant, The Travelers Indemnity Company, and moves this Honorable Court to withdraw as counsel of record. In support of this motion, Ms. Rogers states as follows:

1. Ms. Rogers will no longer be employed with the law firm of Smith & Ely, LLP as of May 31, 2006.

2. Ms. Carol Ann Smith and the law firm of Smith & Ely, LLP will continue to represent the defendant.

WHEREFORE, PREMISES CONSIDERED, Ms. Rogers respectfully requests that the Court grant her motion to withdraw as attorney for the defendant in this matter.

Respectfully Submitted,

/s/ Susan Rogers
Susan Rogers (ASB-6586-S74S)
One of the Attorneys for Defendant The
Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| \_\_x\_\_\_ | E-File |

on this the 26th day of May, 2006.

                                               /s/ Susan Rogers
                                               OF COUNSEL


cc:    Christopher John Zulanas
        Michael Jon Douglas
        H. Spence Morano
        Friedman, Leak, Dazzio, Zulanas & Bowling, PC
        P.O. Box 43219
        Birmingham, AL 35243

        C. Winston Sheehan, Jr.
        Jack Owen, Jr.
        Ball, Ball, Matthews & Novak, P.A.
        P.O. Box 2148
        Montgomery, AL 36102