IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv78-MHT |
| WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that the motion to withdraw (Doc. No. 34) is granted.

DONE, this the 31st day of May, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**