IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-0078-MHT ) |
| WIREGRASS CONSTRUCTION CO., INC., And ST. PAUL TRAVELERS, | ) ) ) |
| Defendants. | ) |

### DEFENDANT/COUNTERCLAIM PLAINTIFF WIREGRASS CONSTRUCTION CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Wiregrass Construction Co., Inc. ("Wiregrass"), pursuant to the provisions of Rule 56, Fed.R.Civ.P., moves the Court to enter summary judgment in its favor on the claims of plaintiff State Automobile Mutual Insurance Company ("StateAuto") for Declaratory Judgment (Doc. # 1), as amended (Doc. #s 16 and 23) and on the Counterclaim of Defendant Wiregrass (Doc. # 27).

As grounds, defendant Wiregrass asserts that as to the claims stated therein, there is no genuine issue as to any material fact and it is entitled to judgment in its favor as a matter of law.

In support of its Motion for Summary Judgment, defendant Wiregrass submits the following:

    1.    Complaint of plaintiff State Auto for Declaratory Judgment, as amended (Doc. #s 1, 16 and 23).

    2.    Answer and Counterclaim of Defendant Wiregrass (Doc. # 27).

3. Answer of plaintiff State Auto to Wiregrass Counterclaim (Doc. # 31).

4. Plaintiff State Auto's Responses to Wiregrass' First Interrogatories and Request for Production, dated May 4, 2006, a copy of which is contained in the Submission of Non-Evidence of Wiregrass Construction Co., Inc. in Support of Motion for Summary Judgment, filed contemporaneously herewith.

5. Deposition of Mark L. Keltz, taken June 5, 2006, with attached exhibits,[1] contained in the Wiregrass Submission of Protected Evidence.

6. Affidavit of David Bulger, dated June 6, 2006, with attached exhibits, contained in the Wiregrass Submission of Protected Evidence.

7. Affidavit of John L. Harper, dated June 7, 2006, with attached exhibits, contained in the Wiregrass Submission of Protected Evidence.

8. The Narrative Summary of Undisputed Facts, filed under seal contemporaneously herewith.

    /s/ Jack Owen
JACK OWEN

    /s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorneys for Defendant
Wiregrass Construction Co., Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com
      wsheehan@ball-ball.com

---

[1] Pursuant to the Order of the Court (Doc. # 33, copy attached) those deposition exhibits claimed as "Protected Material" by plaintiff State Auto, and testimony and commentary addressing the contents thereof, are tendered under seal by separate filing.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. Zulanas  
Michael J. Douglas  
Freidman, Leak, Dazzio, Zulanas & Bowling, P.C.  
3800 Colonnade Parkway  
Suite 650  
Birmingham, AL 35243  
Email: czulanas@friedmanleak.com  
        mdouglas@friedmanleak.com

Carol Ann Smith  
Susan H. McCurry  
Smith & Ely, L.L.P.  
Suite 405  
2000A SouthBridge Parkway  
Birmingham, AL 35209  
Email: casmith@smith-ely.com  
        smccurry@smith-ely.com

                                                  /s/ Jack Owen  
                                                  OF COUNSEL