IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-0078-MHT ) |
| WIREGRASS CONSTRUCTION CO., INC., And ST. PAUL TRAVELERS, | ) ) ) |
| Defendants. | ) |

**DEFENDANT/COUNTERCLAIM PLAINTIFF
WIREGRASS CONSTRUCTION CO., INC.'S
SUBMISSION OF PROTECTED MATERIAL EVIDENCE
IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Wiregrass Construction Co., Inc. ("Wiregrass"), pursuant to the provisions of Rule 56, Fed.R.Civ.P., and the Order of the Court of May 12, 2006 (Doc. # 33, copy attached) submits the following "Protected Material" evidence, under seal and by hard copy only, in support of its Motion for Summary Judgment, filed contemporaneously herewith:

2. Affidavit of David Bulger, dated June 6, 2006, with attached exhibits.

3. Affidavit of John L. Harper, dated June 7, 2006, with attached exhibits.

4. Deposition of Mark L. Keltz, taken June 5, 2006, with attached exhibits.

    /s/ Jack Owen
JACK OWEN

    /s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorneys for Defendant
Wiregrass Construction Co., Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com
        wsheehan@ball-ball.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. Zulanas
Michael J. Douglas
Freidman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
Email: czulanas@friedmanleak.com
        mdouglas@friedmanleak.com

Carol Ann Smith
Susan H. McCurry
Smith & Ely, L.L.P.
Suite 405
2000A SouthBridge Parkway
Birmingham, AL 35209
Email: casmith@smith-ely.com
        smccurry@smith-ely.com

/s/ Jack Owen
OF COUNSEL