IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**(EASTERN DIVISION)**

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WIREGRASS CONSTRUCTION CO., INC., )<br>and THE TRAVELERS INDEMNITY CO., )<br>)<br>Defendants. ) | CIVIL ACTION CASE NUMBER:<br>**3:06-CV-00078-MHT** |

## PLAINTIFF STATE AUTOMOBILE MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, **State Automobile Mutual Insurance Company ("State Auto")**, in the above-styled action, and pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court to enter summary judgment in its favor, declaring, on a full and final basis, it owes Defendants no defense and/or indemnity, contribution or coverage. As grounds for this motion, Plaintiff State Auto sets forth and says as follows:

1. In the present action, Plaintiff State Auto seeks a declaration of its rights and obligations under a policy of insurance issued to David Bulger, Inc. (State Auto's Complaint for Declaratory Judgment, Evidentiary Submission, Exhibit "A").

2. State Auto issued a business auto policy to David Bulger, Inc. with effective dates of October 19, 2004 through October 19, 2005 bearing policy number BAP 2095834, and a Series I Contractor's Policy with effective dates of October 19, 2004 through October 19, 2005 bearing policy number SOC 2141652. (A certified copy of said policies are attached to State Auto's Evidentiary Submission as Exhibits "B" and "C").

3. The underlying lawsuit arises out of an accident which occurred in Macon County, Alabama on May 9, 2005. According to the allegations in the underlying lawsuit, as amended, the decedent was working at a construction site in Macon County, Alabama when he was run over by a vehicle driven by Edward Bowman on behalf of David Bulger, Inc. At the time, the decedent was allegedly working for Macon County, Alabama and in addition to claims against Mr. Bowman and David Bulger, Inc. for negligence, wantonness, negligent respondeat superior, negligent and/or wanton entrustment and negligent and/or wanton hiring, retention, maintenance and/or training, a claim is made against Macon County, Alabama for workers' compensation benefits. Finally, the Plaintiff in the underlying lawsuit contends Wiregrass Construction Company, Inc. had responsibility for traffic control on the construction project and that it negligently and/or wantonly failed to control traffic within the project area. (Plaintiff's First Amended Complaint).

4. After it was named as a defendant in the underlying lawsuit via Plaintiff's First Amended Complaint, Wiregrass Construction Company, Inc.'s insurance carrier, St. Paul Travelers, demanded that State Auto defend and indemnify its insured pursuant to a subcontract agreement between David Bulger, Inc. and Wiregrass Construction Company, Inc. Upon information and belief, a true and correct copy of the subcontract is attached hereto as Exhibit "D".

5. State Auto's policies contain numerous provisions and language which apply to the underlying lawsuit and Wiregrass Construction Company, Inc.'s demand for defense and indemnity by and through St. Paul Travelers. Certified copies of said policies are attached to this Complaint and State Auto adopts and incorporates the language contained within those policies as if fully set forth herein. Based upon a fair reading of the policies and the underlying lawsuit, State Auto asserts that Wiregrass Construction Company, Inc. is not an "insured" as that term is defined in the policies,

that the subcontract is not an "insured contract" as that term is defined in the policies, that several exclusions in the policies apply to the allegations in the underlying lawsuit, and that the "other insurance" clauses in the policies apply.

6.     There exist no genuine issues of material fact and State Auto is entitled to judgment in its favor as a matter of law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff State Automobile Mutual Insurance Company respectfully requests that this Honorable Court enter summary judgment in its favor on a full and final basis declaring it owes no duty, coverage or contribution to the Defendants.

/s/ Christopher J. Zulanas
Christopher J. Zulanas (ASB-1572-u82c)
E-Mail: czulanas@friedmanleak.com

Michael J. Douglas (ASB-2888-c52d)
E-Mail: mdouglas@friedmanleak.com

Attorneys for Plaintiff
State Automobile Mutual Insurance Company

Friedman, Leak, Dazzio, Zulanas & Bowling, PC
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
Telephone: (205) 278-7000
Facsimile: (205) 278-7001

**CERTIFICATE OF SERVICE**

I hereby certify I have caused a copy of the foregoing pleading to be served on counsel for all parties this 8th day of June, 2006.

/s/Christopher J. Zulanas  
OF COUNSEL

cc:  
Clyde C. (Jack) Owen Jr.  
C. Winston Sheehan, Jr.  
Attorneys for Wiregrass Construction  
**BALL, BALL, MATTHEWS & NOVAK, P.A.**  
2000 Interstate Park Drive, Suite 204  
Montgomery, AL 36109

Carol Ann Smith  
Susan H. McCurry  
Attorneys for The Travelers Indemnity Company  
**SMITH & ELY, LLP**  
2000A SouthBridge Parkway, Suite 405  
Birmingham, AL 35209