# Exhibit "I"

IN THE CIRCUIT COURT FOR
MACON COUNTY, ALABAMA

JESSICA HATTON as dependent  \*
widow and administratrix of the  \*
Estate of JACKSON IRVING  \*
HATTON, JR.  \*
                                          \*
      Plaintiffs,                     \*
                                          \*   CASE NO.: CV-05-119
vs.                                       \*

MACON COUNTY, a governmental  \*
entity; and DAVID BULGER, INC.;  \*
EDWARD BOWMAN, WIREGRASS  \*
CONSTRUCTION COMPANY, INC.,  \*
      Defendants.             \*

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, Jessica Hatton, as dependent and administratrix of the estate of Jackson Irving Hatton, Jr., pursuant to Rule 15 Alabama Rules of Civil Procedure hereby amends her Complaint by adding the following count:

### COUNT SEVEN

34. Plaintiff realleges paragraphs 1 through 33 as if set out here in full.

35. Defendant Wiregrass Construction Company, Inc. (hereinafter referred to as "Wiregrass") is a domestic corporation and does business in Macon County, Alabama.

36. Defendant Wiregrass was the general contractor for the Macon County Road Project STPOA-4404 (200).

37. Defendant Wiregrass, as the general contractor, had responsibility for traffic control on the project on the date of Mr. Hatton's death.

38. Defendant Wiregrass negligently and/or wantonly failed to control traffic within the project area, which resulted in the death of Jackson Irving Hatton, Jr.

39. As a proximate result of Defendant Wiregrass's negligence and wantonness, Jackson Irving Hatton, Jr. was killed.

WHEREFORE, Plaintiff Jessica Hatton demands a judgment against Defendant's in such an amount of punitive damages as a jury may assess and the cost of this action.

_____
MICHAEL J. CROW (CRO039)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the ___7___ day of ~~November~~ Dec., 2005.

_____
OF COUNSEL


Michael M. Eley
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Alabama 36124

Stanley A. Martin
P.O. Box 2526
Opelika, Alabama 36803-2526

Keith Thomas
R. Keith Thomas, LLC
P.O. Box 830899
Tuskegee, Alabama 36083