IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY, ) ) ) ) ) | |
| Defendants. | |

## THE TRAVELERS INDEMNITY COMPANY'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the defendant, The Travelers Indemnity Company ("Travelers"), and, pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court to enter an Order granting partial summary judgment in its favor and against Plaintiff, State Automobile Mutual Insurance Company ("State Auto"), with respect to the coverage provided by State Auto to Wiregrass Construction Company, Inc. ("Wiregrass"), on the basis that no genuine issue of material fact exists and Travelers is entitled to summary judgment as a matter of law. In support of this Motion, Travelers states as follows:

1.  In this declaratory judgment action, State Auto seeks a declaration of "whether and to what extent State Auto has a duty to defend and indemnify Wiregrass Construction Company in

and for the underlying lawsuit."[1] Doc. 23, Second Amended Complaint for Declaratory Judgment, page 22, paragraph 2. ["Second Amended Complaint".]

2. State Auto's Second Amended Complaint, Paragraph 10, page 3, asserts that a justiciable controversy exists "whether the subcontract [between Wiregrass and David Bulger Inc.] is an 'insured contract' as that term is defined in the [State Auto] policies." Under the allegations of the Second Amended Complaint, the undisputed facts submitted in support of this motion, and the provisions of the insurance policies issued by State Auto, the subcontract entered into between Wiregrass and David Bulger, Inc. ("DBI") is an "insured contract" within the meaning of the insurance policies issued by State Auto. (See discussion on pages 5-8 of Travelers' Brief in Support of Summary Judgment, submitted contemporaneously with this motion.)

3. On the basis of the allegations of the Second Amended Complaint, the undisputed facts submitted in support of this motion, and the provisions of the insurance policies issued by State Auto, Wiregrass is an insured of State Auto for purposes of the State Auto insurance policies referenced in the Second Amended Complaint. (See discussion on pages 8-17 of Travelers' Brief in Support of Summary Judgment, submitted contemporaneously with this motion.)

4. This motion is based on the following:

- the pleadings;
- Travelers' Evidentiary Submission;
- the undisputed deposition testimony of Mark Keltz (an agent with the insurance agency Aronov Insurance, Inc., authorized by State Auto to

---

[1] The "underlying lawsuit" is styled: Jessica Hatton, as dependent widow and administratrix of the Estate of Jackson Irving Hatton, Jr. v. David Bulger, Inc., and Wiregrass Construction Co., Inc., Circuit Court of Macon County, Alabama CV-05-119.

bind coverage on behalf of Wiregrass under the State Auto policies in issue in this case) (Attached to Doc. 38-1);

- the exhibits to the deposition of Mark Keltz, (Attached to Doc. 38-1);

- the subcontract between Wiregrass and DBI (Attached as Exhibit C to Travelers' Evidentiary Submission);

- the affidavit of David Bulger (Attached to Doc. 38-1);

- the affidavit of John Harper (Attached to Doc. 38-1);

- and the insurance policies of State Auto (Attached as Exhibits E and F to Travelers Evidentiary Submission).

WHEREFORE PREMISES CONSIDERED, the defendant, Travelers respectfully asks this Court to enter partial summary judgment in its favor as a matter of law.

Respectfully submitted,

s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Attorney for Defendant, The Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | Certified Mail |
| \_\_x\_\_ | E-filing |

on this the 8th day of June, 2006.

s/ Carol Ann Smith

OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102