IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) WIREGRASS CONSTRUCTION CO., INC., ) and THE TRAVELERS INDEMNITY ) COMPANY, ) ) Defendants. | CIVIL ACTION NO. 3:06 CV 78-MHT |

**THE TRAVELERS INDEMNITY COMPANY'S EVIDENTIARY SUBMISSION IN SUPPORT OF TRAVELERS MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the defendant, The Travelers Indemnity Company, and submits this evidentiary submission in support of its Motion for Summary Judgment:

| | |
|---|---|
| Exhibit A | Underlying Complaint; |
| Exhibit B | Underlying Amended Complaint; |
| Exhibit C | Subcontract between Wiregrass Construction Company, Inc. and David Bulger, Inc.; |
| Exhibit D | Certificate of Insurance; |
| Exhibit E | State Automobile Mutual Insurance Company policy number SOC 2141652 02, bates number SA 00001 - SA 00114; |
| Exhibit F | State Automobile Mutual Insurance Company policy number BAP 2095834 02, bates number SA 00115 - SA 00149; |

                                      Respectfully submitted,

                                      s/ Carol Ann Smith

                                      Carol Ann Smith, ASB-3485-T81C
                                      Attorney for Defendant, The Travelers
                                      Indemnity Company

<u>OF COUNSEL</u>:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
<u>casmith@smith-ely.com</u>

## CERTIFICATE OF SERVICE

      I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|  |  |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | Certified Mail |
| \_\_x\_\_ | E-filing |

on this the 8th day of June, 2006.

                                      s/ Carol Ann Smith
                                      OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102