IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY, ) ) ) ) ) | |
| Defendants. | |

### THE TRAVELERS INDEMNITY COMPANY'S EVIDENTIARY SUBMISSION IN SUPPORT OF TRAVELERS MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the defendant, The Travelers Indemnity Company, and submits this evidentiary submission in support of its Motion for Summary Judgment:

| | |
|---|---|
| Exhibit A | Underlying Complaint; |
| Exhibit B | Underlying Amended Complaint; |
| Exhibit C | Subcontract between Wiregrass Construction Company, Inc. and David Bulger, Inc.; |
| Exhibit D | Certificate of Insurance; |
| Exhibit E | State Automobile Mutual Insurance Company policy number SOC 2141652 02, bates number SA 00001 - SA 00114; |
| Exhibit F | State Automobile Mutual Insurance Company policy number BAP 2095834 02, bates number SA 00115 - SA 00149; |

Respectfully submitted,

s/ Carol Ann Smith

Carol Ann Smith, ASB-3485-T81C
Attorney for Defendant, The Travelers
Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|       |                    |
|-------|--------------------|
| _____ | Hand Delivery      |
| _____ | U. S. Mail         |
| _____ | Overnight Delivery |
| _____ | Facsimile          |
| _____ | Certified Mail     |
| __x__ | E-filing           |

on this the 8th day of June, 2006.

s/ Carol Ann Smith
OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102