## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: **: State Automobile Mutual Insurance Company v. Wiregrass Construction**

**Case Number:**     **3:06-cv-00078-MHT-SRW**

**Referenced Pleading: Evidentiary Submission   - Doc. 42**

The referenced docket entry was filed electronically  in ERROR  on \*\*\*June 8, 2006\*\*\*   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed with Exhibits.   Please DISREGARD this docket entry. Please see doc. 42 for correction