IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  3:06cv78-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 37, 39 & 41) are set for submission, without oral argument, on June 28, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 14th day of June, 2006.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE