IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY, ) ) ) ) | |
| Defendants. | |

**TRAVELERS' MOTION FOR LEAVE TO FILE COUNTERCLAIM**

Comes now, defendant, The Travelers Indemnity Company ("Travelers"), and respectfully moves this Honorable Court to grant leave to file the Counterclaim against State Automobile Mutual Insurance Company ("State Auto"), which is attached hereto as Exhibit A. In support of this motion, Travelers states as follows:

1. Pursuant to this Court's scheduling order issued March 20, 2006, the due date for amendment of pleadings and addition of parties is June 15, 2006. (Doc. 17).

2. Filing of the attached Counterclaim against the plaintiff State Auto is necessary to fully resolve all issues relating to the coverage of Wiregrass Construction Company, Inc. ("Wiregrass") under the State Auto policies, and the "insured contract" coverage of State Auto, the controversies on which State Auto bases its request for declaratory relief.

3. Pursuant to Federal Rule of Civil Procedure 13, this Counterclaim "arises out of the transaction or occurrence that is the subject matter of the opposing party's claim and does not require for its adjudication the presence of third parties of whom the court cannot acquire jurisdiction."

4. The "transaction or occurrence" made the basis of the claims of Plaintiff State Auto is a claim for wrongful death made against David Bulger, Inc. ("DBI") and Wiregrass in *Jessica Hatton as dependant widow and Administratix of the Estate of Jackson Irving Hatton, Jr. v. David Bulger, Inc., et al.*, Circuit Court of Macon County, Alabama, CV05-119 (the "Hatton suit"). The Hatton suit creates issue of coverage for State Auto's named insured, ("DBI"), and Travelers' named insured, Wiregrass.

5. The wrongful death action filed against DBI and Wiregrass in state court involves a vehicular accident in which Mr. Hatton was killed after being struck by a dump truck owned and operated by DBI. State Auto provides primary coverage on this truck and is the primary insurance carrier for DBI under policies of general liability insurance, automobile insurance, and excess insurance. Because the accident occurred in the course of work being performed by DBI pursuant to its subcontract with Wiregrass; because the subcontract requires DBI to provide liability insurance for Wiregrass and to defend and indemnify Wiregrass; because Wiregrass is an additional insured under the three insurance policies issued by State Auto; and because Travelers has incurred costs in defending Wiregrass (a defense that is lawfully the duty and obligation of State Auto), Travelers is subrogated to the claims of Wiregrass against State Auto.

6. Pursuant to its subcontract with Wiregrass, DBI agreed to procure and maintain primary insurance that named Wiregrass as an additional insured under its policies. DBI requested that its insurance agent obtain coverage for Wiregrass under its coverages with State Auto and its agent notified DBI and Wiregrass that the coverage had been obtained.

7. Travelers brings this subrogation claim against State Auto standing in the shoes of Travelers' insured, Wiregrass. Travelers is currently defending Wiregrass in the claim asserted by

Hatton and will continue to incur costs. Because Wiregrass is an "additional insured" under DBI's policies with State Auto, State Auto is required to bear the burden of those costs.

8.   In the interests of justice and judicial economy, a full adjudication of this matter requires that Travelers be granted leave to file its attached Counterclaim against State Auto.

WHEREFORE, PREMISES CONSIDERED, the Defendant Travelers, respectfully requests that this Honorable Court grant this Motion for Leave to File its attached Counterclaim against State Auto.

Respectfully submitted,

s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Attorney for Defendant, The Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
(205) 802-2214
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

_____   Hand Delivery
_____   U. S. Mail
_____   Overnight Delivery
_____   Facsimile
_____   Certified Mail

   x      E-filing

on this the 15th day of June, 2006.

                              s/ Carol Ann Smith
                              OF COUNSEL

cc:    Christopher John Zulanas
       Michael Jon Douglas
       H. Spence Morano
       Friedman, Leak, Dazzio, Zulanas & Bowling, PC
       P.O. Box 43219
       Birmingham, AL 35242-3219

       C. Winston Sheehan, Jr.
       Jack Owen, Jr.
       Ball, Ball, Matthews & Novak, P.A.
       P.O. Box 2148
       Montgomery, AL 36102