IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv78-MHT |
| WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for leave to file third-party complaint, etc. (Doc. No. 54) is granted. The court assumes that the non-movants have no objection to the allowance of the filing; however, if they do, they must file the objection within seven (7) days from the date of this order.

DONE, this the 16th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE