IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:06cv78-MHT |
| ) | |
| WIREGRASS CONSTRUCTION CO., ) | |
| and ST. PAUL TRAVELERS, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED that the motion for leave to file counterclaim (doc. no. 55) is granted. The court assumes that the non-movants have no objection to the allowance of the filing; however, if they do, they must file the objection within seven (7) days from the date of this order.

DONE, this the 16th day of June, 2006.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE