IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**(EASTERN DIVISION)**

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WIREGRASS CONSTRUCTION )<br>COMPANY, INC. and )<br>THE TRAVELERS INDEMNITY CO., )<br>)<br>Defendants. ) | CIVIL ACTION CASE NUMBER:<br>**3:06-CV-00078-MHT** |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, plaintiff State Automobile Mutual Insurance Company and notifies the Court counsel for the parties conducted a settlement conference and engaged in good faith settlement negotiations on June 22, 2006. A settlement was not reached.

Counsel for the parties discussed whether mediation will assist in reaching a settlement and will recommend mediation to their respective clients. However, counsel for the parties are uncertain as to whether their clients will agree to mediation and consequently, request that the Court decide their pending motions for summary judgment in due course.

      /s/ Chris Zulanas
      Christopher J. Zulanas
      Michael J. Douglas
      Attorneys for State Automobile
      Mutual Insurance Company

OF COUNSEL
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
P.O. Box 43219
Birmingham, AL  35243-3219
(205) 278-7000

## CERTIFICATE OF SERVICE

      I hereby certify I have caused a copy of the foregoing pleading to be mailed to all parties/counsel of record, via *e-file/*CM/ECF, on this the **22nd** day of **June** 2006.

                    /s/ Chris Zulanas
                    OF COUNSEL

cc:
Clyde C. (Jack) Owen Jr.
C. Winston Sheehan, Jr.
Attorneys for Wiregrass Construction
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Carol Ann Smith
Susan H. McCurry
Attorneys for The Travelers Indemnity Company
**SMITH & ELY, LLP**
2000A SouthBridge Parkway, Suite 405
Birmingham, AL 35209