# EXHIBIT B

## Addendum of Attempts to Resolve Discovery Dispute

1.  On May 30, 2006, Counsel for State Auto wrote a letter to Counsel for Wiregrass, stating that he was not available for the deposition of the Aronov agent on June 2, 2006 and that State Auto's representative cannot be available on June 5, 2005 for deposition. (Attachment 1).

2.  On June 13, 2006, Counsel for Travelers accompanied its deposition notice for June 22, 2006 to State Auto with a letter offering to reschedule the deposition at a date and time convenient to State Auto and its counsel. (Attachment 2).

3.  On June 16, 2006, Counsel for Travelers contacted State Auto's Counsel by email stating that Travelers plans to go forward with the deposition of State Auto on June 22, 2006 unless counsel for State Auto has a conflict. (Attachment 3).

4.  On June 16, 2006, Counsel for State Auto emailed Counsel for Travelers regarding deposition of State Auto representative. (Attachment 4).

5.  On June 16, 2006, Counsel for Travelers wrote to State Auto's Counsel, stating that if the June 22, 2006 deposition date is impossible for State Auto to please choose another date that week. (Attachment 5).

6.  On June 20, 2006, Counsel for State Auto wrote Counsel for Travelers, stating that its representative would not be available for deposition on June 22, 2006 and that documents would not be produced before June 22, 2006. (Attachment 6).

7.  On June 20, 2006, Counsel for Travelers wrote to State Auto's Counsel, acknowledging receipt of the June 20, 2006 letter from State Auto's Counsel and stating that Travelers' Counsel will cooperate in the scheduling of discovery but that the discovery is needed in response to summary judgment. (Attachment 7).

8.  On June 21, 2006, Counsel for State Auto contacted all counsel of record by email reiterating that State Auto's representative will not be available for deposition prior to the summary judgment deadline. (Attachment 8).

9.  On June 21, 2006, Counsel for Travelers contacted Counsel for State Auto offering to reschedule the deposition at night or over the weekend and informing him that Travelers plans to file a motion to compel. (Attachment 9).

# ATTACHMENT 1

# FRIEDMANLEAK

**ATTORNEYS & COUNSELORS AT LAW**

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
▪205-278-7000 ▪205-278-7001
www.FRIEDMANLEAK.COM

May 30, 2006

**Via Facsimile: 334-387-3222**
Jack Owen Jr.
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

RE:  State Automobile Mutual Ins. Co.
v. Wiregrass Construction Co., Inc. and The Travelers Indemnity Company
In the United States District Court for the Middle District of Alabama (Eastern Div)
Civil Action Number:       3:06-CV-00078-MHT
Our File Number:           256- 4172

Dear Jack:

We are in receipt of your notices for the depositions of Mark Keltz and a State Auto corporate representative. Both Mike Douglas, the associate helping me on this file, and myself are out-of-state on June 2. I am looking for someone here at my office to cover Mr. Keltz's deposition, but cannot tell you at this point that we can agree to his deposition as scheduled. I understand the time constraints involved here, but the short amount of time between the date your notice was sent and Mr. Keltz's deposition may cause us some problems. I will let you know as soon as I can about whether a lawyer from my office can cover this deposition. If the deposition goes forward, State Auto will require that any documents produced by Mr. Keltz be protected under the terms of the Court's recent Order.

The individual who will testify as State Auto's representative cannot be available on June 5. He will have to fly in from South Carolina and we can make him available for deposition here at our office at a mutually convenient time.

May 30, 2006
Page -2-

We will work with you as much as possible on these depositions, but they cannot work as scheduled. Let's talk this morning to try to work through these problems.

Sincerely,

FRIEDMAN LEAK

Christopher J. Zulanas

CJZ/sa

cc:
*Via Facsimile: 879-4445*
Carol Ann Smith
Attorney for The Travelers Indemnity Company
**SMITH & ELY, LLP**
2000A SouthBridge Parkway, Suite 405
Birmingham, AL 35209

# ATTACHMENT 2

LAW OFFICES

# SMITH & ELY, L.L.P.

2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
(205) 802-2214
Facsimile (205) 879-4445

E-Mail Address: Smccurry@Smith-Ely.com

Susan Haygood McCurry

June 13, 2006

Via Facsimile and First Class Mail

Christopher John Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

Jack Owen, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

Re:  *State Automobile Mutual Insurance Co. vs. The Travelers Indemnity Co., et al.*
     In the United States District Court for the Middle District of Alabama
     Civil Action No. 06-78
     Our File No. 19009

Dear Chris, Jack, and Winston:

Previously, Jack noticed the deposition of the corporate representative for State Auto; however, Chris informed us that a representative was not available at that time. Enclosed is Travelers' notice for the deposition of the corporate representative of State Auto. We have unilaterally selected a new date for the deposition; however, if the date conflicts with your schedules, we will work to find a mutually agreeable date. Please let us know.

Sincerely,

Smith & Ely, LLP

Susan H. McCurry

SHM/crc

cc: Carol Ann Smith

# ATTACHMENT 3

## Susan McCurry

**From:** "Susan McCurry" <smccurry@smith-ely.com>
**To:** <czulanas@friedmanleak.com>
**Cc:** <ccowen@ball-ball.com>; "Carol Ann Smith" <CASmith@smith-ely.com>
**Sent:** Friday, June 16, 2006 10:01 AM
**Subject:** State Auto v. Wiregrass, Travelers

Dear Chris:

I received your call this morning regarding the deposition of the State Auto representative.  I will be in and out of the office today; however, I wanted to respond regarding whether the deposition of State Auto needs to be taken.

We do need the deposition of the State Auto representative in order to prepare the opposition to State Auto's motion for summary judgment.  We plan to go forward with the deposition as scheduled on June 22 unless you have a conflict.  If you are not available on that date, please let me know so we can reschedule the deposition.

Also as you know, the court's order requires the parties have a face-to-face settlement conference by June 29, 2006.  Jack has suggested that we have the settlement conference on the date of the deposition.  Please let me know if this is agreeable to you.

Susan
Susan H. McCurry
Smith & Ely, LLP.
Phone: (205) 802-2214
Fax: (205) 879-4445

Smith & Ely, LLP intends that this electronic message be used exclusively by the individual or entity to which it is addressed.  This message may contain information that is attorney privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at 205-802-2214 and delete the original message from your e-mail system. Thank you.

# ATTACHMENT 4

## Susan McCurry

**From:** "Chris Zulanas" <CZulanas@friedmanleak.com>
**To:** "Susan McCurry" <smccurry@smith-ely.com>
**Cc:** <ccowen@ball-ball.com>; "Carol Ann Smith" <CASmith@smith-ely.com>
**Sent:** Friday, June 16, 2006 11:05 AM
**Subject:** RE: State Auto v. Wiregrass, Travelers

Susan,

I know you're doing what you have to, but the timing of the notice, the extent of your document request and the brief deadline are all creating problems. The notice was sent on Tuesday, I didn't see it until Wednesday and as I mentioned in my voicemail, the individual we would designate as a representative has been out of state in a conference. He will be out through the weekend and I haven't even had an opportunity to speak with him about this. Since he won't be in the office until Monday, it is impossible for him to compile the documents you requested, travel to Birmingham and for us to prepare in a couple of days. I'm not saying we can't make someone available at some point, but we have to object to putting someone up under these circumstances.

It still seems we can do without this deposition altogether as the certificates and policies speak for themselves. I really don't think a State Auto rep would have much to add to what we all already know.

Please call me on Monday so we can try to work this out.

Chris

**From:** Susan McCurry [mailto:smccurry@smith-ely.com]
**Sent:** Friday, June 16, 2006 10:02 AM
**To:** Chris Zulanas
**Cc:** ccowen@ball-ball.com; Carol Ann Smith
**Subject:** State Auto v. Wiregrass, Travelers

Dear Chris:

I received your call this morning regarding the deposition of the State Auto representative. I will be in and out of the office today; however, I wanted to respond regarding whether the deposition of State Auto needs to be taken.

We do need the deposition of the State Auto representative in order to prepare the opposition to State Auto's motion for summary judgment. We plan to go forward with the deposition as scheduled on June 22 unless you have a conflict. If you are not available on that date, please let me know so we can reschedule the deposition.

Also as you know, the court's order requires the parties have a face-to-face settlement conference by June 29, 2006. Jack has suggested that we have the settlement conference on the date of the deposition. Please let me know if this is agreeable to you.

Susan
Susan H. McCurry
Smith & Ely, LLP.
Phone: (205) 802-2214
Fax: (205) 879-4445

Smith & Ely, LLP intends that this electronic message be used exclusively by the individual or entity to which it is addressed. This message may contain information that is attorney privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 205-802-2214 and delete the original message from your e-mail system. Thank you.

# ATTACHMENT 5

LAW OFFICES

# SMITH & ELY, L.L.P.

2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
(205) 802-2214
Facsimile (205) 879-4445

E-Mail Address: CASmith@Smith-Ely.com

Carol Ann Smith

June 16, 2006

## VIA U.S. MAIL AND FACSIMILE TRANSMISSION

Mr. Christopher J. Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35242-3219

      RE:     State Automobile Mut. Ins. Co. v. Wiregrass Construction Co., Inc., and Travelers
              Indemnity Company
              In the United States District Court for the Middle District of Alabama - Eastern
              Division
              Civil Action No: 3:06 CV 78-MHT

Dear Chris:

      I understand that you do not know whether your corporate representative can be available for deposition on June 22 or whether you will have time to get him ready by that date.

      We really needed the deposition before the summary judgment due date last week but were aware that it was not convenient for you earlier than that date. If it turns out that the current June 22 date is impossible for you and your client, please choose another date that week. As you know our response to your summary judgment motion is due June 28. We need the discovery at least a few days before the 28th.

      We will have someone available to take the deposition at your convenience. Hopefully, it won't have to be at night or on the weekend.

Mr. Christopher J. Zulanas
June 16, 2006
Page 2

Sincerely,

SMITH & ELY, LLP

Carol Ann Smith

CAS/tbi

cc:     Ms. Susan McCurry
        Mr. Jack Owen, Jr., via facsimile
        Mr. C. Winston Sheehan, Jr., via facsimile

# ATTACHMENT 6

# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
☎ 205.278.7000  🖷 205.278.7001
www.FRIEDMANLEAK.COM

June 20, 2006

VIA FAX: 879.4445
Carol Ann Smith
**Smith & Ely**
2000A SouthBridge Parkway, Suite 405
Birmingham, AL 35209

RE:  State Automobile Mutual Ins. Co.
v. Wiregrass Construction Co., Inc. and The Travelers Indemnity Company
In the United States District Court for the Middle District of Alabama (Eastern Div)
Civil Action Number:    3:06-CV-00078-MHT
Our File Number:        256- 4172

Dear Carol Ann:

I spoke again with the underwriter at State Auto who would testify in response to your deposition notice. He has informed me he cannot gather the documents requested in your notice before Thursday. Also, he told me he recently had gallbladder surgery and doesn't believe he is in good enough shape to give a deposition in the next several days. Under the circumstances, we are going to have to object to the deposition notice and cannot put up our underwriter for deposition before next Wednesday.

Please call me about this if you have any questions. As always, I look forward to hearing from you.

Sincerely,

FRIEDMAN LEAK

Christopher J. Zulanas

CJZ/sa

cc:  VIA FAX: 334.387.3222
     Jack Owen Jr.

# ATTACHMENT 7

LAW OFFICES

# SMITH & ELY, L.L.P.

2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
(205) 802-2214
Facsimile (205) 879-4445

E-Mail Address: CASmith@Smith-Ely.com

Carol Ann Smith

June 20, 2006

<u>**VIA FACSIMILE ONLY**</u>
Mr. Christopher John Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35242-3219

> RE:    State Automobile Mutual Insurance Company v. Wiregrass Construction Co., Inc.,
>        and St. Paul Travelers
>        In the United States District Court for the Middle District of Alabama - Eastern
>        Division
>        Our File No.:  19009

Dear Chris:

    We received your letter this morning advising that you cannot make your client or your client's documents available pursuant to our notice of the deposition for June 22nd. We cannot agree to continue the deposition without arrangements being put in place for this discovery prior to next week's due date for our response to your summary judgment.

    Yesterday on the phone you mentioned that you might move for an extension of the due date for responses to the summary judgment motions. As I said yesterday, you have our consent to such a motion. We want to work with you and will cooperate in the scheduling of discovery, but we cannot waive the right to discovery from your client as that discovery is needed in response to your summary judgment motion.

Mr. Christopher John Zulanas
June 20, 2006
Page 2

      We also received your voice mail message inquiring whether Travelers issued an excess policy to Wiregrass.  Travelers has no excess policy.

                              Sincerely,

                              SMITH & ELY, LLP

                              *Carol Smith/sam*

                              Carol Ann Smith


CAS/sam

cc:
Mrs. Susan H. McCurry
Mr. Jack Owen, Jr. (Via Facsimile Only)

# ATTACHMENT 8

## Susan McCurry

**From:** "Chris Zulanas" <CZulanas@friedmanleak.com>
**To:** "Susan McCurry" <smccurry@smith-ely.com>; <ccowen@ball-ball.com>
**Cc:** "Carol Ann Smith" <CASmith@smith-ely.com>
**Sent:** Wednesday, June 21, 2006 8:23 AM
**Subject:** RE: State Auto v. Wiregrass, Travelers

Everyone,

I have Carol Ann's letter from yesterday about State Auto's deposition and understand the predicament the summary judgment deadline poses. I want to work with you on this to every extent possible. However, my client asked me several times why we have to scramble around to get documents and give a deposition on late notice without being prepared and I have no good answer. Due to the fact my folks told me yesterday they won't be able to gather the documents until Friday at the earliest, we can't be familiar with them and be prepared to give a deposition by the present summary judgment deadline.

As I've mentioned on numerous occasions, I will not oppose a motion for leave to extend the court's summary judgment deadlines. I will not file the motion myself since I don't need it extended. Please let me know what you propose to do. Thanks.

---

**From:** Susan McCurry [mailto:smccurry@smith-ely.com]
**Sent:** Tuesday, June 20, 2006 3:42 PM
**To:** Chris Zulanas; ccowen@ball-ball.com
**Cc:** Carol Ann Smith
**Subject:** State Auto v. Wiregrass, Travelers

Dear Chris and Jack:

As you know, the Court granted Travelers' motion for leave to file a third-party complaint against DBI with a seven-day period for any objections to be filed. We would like to file the complaint and have the Court serve DBI if neither of you are planning to file an objection. If you do not plan to object, would you mind filing a notice of non-objection so that we may perfect service on DBI as soon as possible?

Susan
Susan H. McCurry
Smith & Ely, LLP.
Phone: (205) 802-2214
Fax: (205) 879-4445

Smith & Ely, LLP intends that this electronic message be used exclusively by the individual or entity to which it is addressed. This message may contain information that is attorney privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 205-802-2214 and delete the original message from your e-mail system. Thank you.

# ATTACHMENT 9

## Lisa Lee Sanderson

**From:**    "Carol Ann Smith" <casmith@smith-ely.com>
**To:**      "Chris Zulanas" <CZulanas@friedmanleak.com>
**Cc:**      <ccowen@ball-ball.com>; "Susan Haygood McCurry" <SMcCurry@smith-ely.com>
**Sent:**    Wednesday, June 21, 2006 3:33 PM
**Subject:** State Auto v. Wiregrass, Travelers

Dear Chris:

We are planning to file a motion to compel State Auto's deposition today.

Again, we are willing to reschedule the deposition at night or over the weekend, but we do need the discovery sufficiently in advance of June 28 to permit use of the discovery in our response to State Auto's summary judgment motion.

Sincerely,

Carol Ann

Carol Ann Smith
Smith & Ely, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, AL 35209

Smith & Ely, LLP intends that this electronic message be used exclusively by the individual or entity to which it is addressed. This message may contain information that is attorney privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsibility for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 205-802-2214 and delete the original message from your e-mail system. Thank you.