# Exhibit "1"

LAW OFFICES

## SMITH & ELY, L.L.P.

2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
(205) 802-2214
Facsimile (205) 879-4445

JUN 1 5 2006

E-Mail Address: Smccurry@Smith-Ely.com

Susan Haygood McCurry

June 13, 2006

Via Facsimile and First Class Mail

Christopher John Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

Jack Owen, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

Re: *State Automobile Mutual Insurance Co. vs. The Travelers Indemnity Co., et al.*
In the United States District Court for the Middle District of Alabama
Civil Action No. 06-78
Our File No. 19009

Dear Chris, Jack, and Winston:

Previously, Jack noticed the deposition of the corporate representative for State Auto; however, Chris informed us that a representative was not available at that time. Enclosed is Travelers' notice for the deposition of the corporate representative of State Auto. We have unilaterally selected a new date for the deposition; however, if the date conflicts with your schedules, we will work to find a mutually agreeable date. Please let us know.

Sincerely,

Smith & Ely, LLP

Susan H. McCurry

SHM/crc

cc: Carol Ann Smith