# Exhibit "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>WIREGRASS CONSTRUCTION CO., INC. and THE TRAVELERS INDEMNITY CO., )<br><br>Defendants. ) | CIVIL ACTION CASE NUMBER:<br>3:06-CV-00078-MHT |

### AFFIDAVIT OF PHILIP A. CRUMLEY

1. My name is Philip A. Crumley. I am over the age of nineteen (19) years and have personal knowledge of the facts stated herein.

2. I am employed by State Automobile Insurance Companies as Alabama Territory Manager.

3. I am aware of the lawsuit styled *State Automobile Mutual Insurance Company v. Wiregrass Construction Co., Inc. and The Travelers Indemnity Co*, bearing Civil Action Number: 3:06-CV-00078-MHT pending in the United States District Court for the Middle District of Alabama (Eastern Division), and understand Travelers Indemnity Company unilaterally noticed the deposition of a State Auto representative. Travelers' deposition notice was sent to State Auto's counsel last week and contains a document request. I was out-of-state on business-related matters last week and was unable to begin gathering documents responsive to the request until Monday, June 19, 2006.

4. We have been working diligently to compile all of the documents contained in the request, but have not been able to completely do so. The documents requested were located in various places and have taken some time to locate and compile. There are hundreds, if not thousands, of pieces of paper which have been requested and we do not expect we will be able to compile all of them and get them to our counsel before the end of the week, even though we continue to work diligently to gather the requested documents.

Further affiant sayeth not.

*[signature]*
PHILIP A. CRUMLEY

STATE OF SOUTH CAROLINA    )
COUNTY OF Greenville    )

I, the undersigned, a Notary Public in and for said County and State, hereby certify that Phil Crumley whose name is signed to the foregoing document and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand and seal this 22nd day of June, 2006.

*[signature]*
Notary Public

My Commission Expires: 3-23-2015