# Exhibit "3"

3500 Eastern Boulevard
P.O. Box 235000
Montgomery, AL 36123-5000
Phone: (334) 277-1000
Fax: (334) 244-2579



May 30, 2006

Mr. Christopher Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
P. O. Box 43219
Birmingham, AL  35243-3219

MAY 3 1 2006

RE:  David Bulger, Inc.
Business Auto Policy # BAP2095834

Dear Chris:

Enclosed, please find another CD which contains copies of all the subpoenaed documents concerning the referenced insured and State Auto vs Wiregrass Construction, et al.

There are a number of company memos, bullitins and a couple of documents that I found that pertains to this case.

I am sending you this so you have a complete file that was sent to Jack Owens.

E-mail or call if you have questions or need additional information.

Thank you.

Mark L Keltz, CISR
Account Manager
mark.keltz@aronov.com

Enclosure