# Exhibit "4"

Aronov Insurance Inc.
PO Box 235000
Montgomery, AL 36123-5000
Phone: (334)277-1000
Fax: (334)244-2579

# Aronov Insurance Inc.
## Business Memo

**Date:** 6/22/2006
**To:** Mr. Jack Owen, Ball Ball Matthews & Novak, P. A.
**From:** Mark L Keltz, CISR
**Regarding:** **Subpoenaed Documents Wiregrass vs David Bulger, Inc. & State Auto**
**Policy #:** BAP2095834

---

Mr. Owens:

Enclosed please find the CD containing a file named "Subpoenaed Documents". This file contains three files of all documents, policies, correspondence, applications, and an activity report that Aronov Insurance, Inc. has retained between Aronov Insurance and David Bulger, Inc. The three files are for the period 10/19/02 to 10/19/03, 10/19/03 to 10/19/04 and 10/19/04 to 12/31/05.

I did not include the documents that were already submitted prior to the deposition, other than the certificates of insurance.

I am also sending a copy to Chris Zulanas at Friedman Leak for his records.

Please feel free to call or e-mail if you have questions.

Thank you.

Mark L. Keltz, CISR
Account Manager

Enclosure

cc: Chris Zulanas, Firedman Leak