IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,   )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>WIREGRASS CONSTRUCTION CO.,  )<br>and ST. PAUL TRAVELERS,    )<br>)<br>    Defendants.    ) | CIVIL ACTION NO.<br>3:06cv78-MHT |

### ORDER

Pending the magistrate judge's ruling on the motion to compel (Doc. No. 59), it is ORDERED as follows:

(1) The submission of the Rule 56(f) motion to deny (Doc. No. 59) is continued generally.

(2) The submission of the motions for summary judgment is continued generally.

(3) The parties are to inform the court when the magistrate judge has ruled.

DONE, this the 26th day of June, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE