IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06-cv-0078-MHT ) |
| WIREGRASS CONSTRUCTION CO., INC., And ST. PAUL TRAVELERS, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT
WIREGRASS CONSTRUCTION CO., INC.'S
<u>JOINDER IN MOTION TO COMPEL</u>**

Defendant Wiregrass Construction Co., Inc. joins in support of the Motion to Compel (Doc # 59), filed by defendant Travelers Indemnity Company, and requests an order granting the relief sought forthwith. In further support, Wiregrass states as follows:

1.  State Auto's protestations of short notice and inability to comply with the deposition notice for its representative, and attendant document request, should be evaluated in light of the entire history of discovery efforts in this action.

2.  The Court entered its Scheduling Order (Doc. # 17) on March 20, 2006.

3.  As noted in the Motion to Compel of defendant Travelers (Doc. # 59, ¶ 8), defendant Wiregrass issued a subpoena for production of documents to Aronov Insurance Co., Inc., on April 5, 2006, in response to which plaintiff State Auto filed an essentially baseless Motion to Quash Subpoena (Doc. # 28) on April 12, 2006. The May 12, 2006, Order of the Magistrate Judge denying the Motion to Quash (Doc. # 33) included a protective order related to the Aronov documents, relief that Wiregrass had offered to both Aronov and State Auto by agreement when the Aronov deposition subpoena was issued. See Response of Defendant

Wiregrass Construction Co., Inc. in Opposition to Plaintiff's Motion to Quash Subpoena (Doc. # 29, Exh. E). There was no practical ability to proceed with deposition discovery from Aronov, central to the development of the issues in this action, until the Motion to Quash was resolved.

3. To move expeditiously with discovery in light of the June 8, 2006, deadline for filing dispositive motions (Doc. # 17, § 2), on May 25, 2006, counsel for Wiregrass issued deposition notices for June 2, 2006, and June 5, 2006, respectively, for Aronov Insurance and State Auto representatives. These deposition notices were issued immediately upon receipt of a copy of correspondence from counsel for State Auto to Aronov Insurance, instructing Aronov to send to counsel for Wiregrass a set of the Aronov documents, by then reviewed by State Auto. See Wiregrass Exhibit "A" attached hereto.

4. In this Declaratory Judgment action, which it filed, State Auto has been on notice since at least May 25, 2006, of the defendants' intent to take deposition testimony from its designated corporate representative, and has yet to offer a date for such to be accomplished.

/s/ Jack Owen
JACK OWEN

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.
Attorneys for Defendant
Wiregrass Construction Co., Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com
       wsheehan@ball-ball.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. Zulanas
Michael J. Douglas
Freidman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
Email: czulanas@friedmanleak.com
       mdouglas@friedmanleak.com

Carol Ann Smith
Susan H. McCurry
Smith & Ely, L.L.P.
Suite 405
2000A SouthBridge Parkway
Birmingham, AL 35209
Email: casmith@smith-ely.com
       smccurry@smith-ely.com

                                      /s/ Jack Owen
                                      OF COUNSEL

# FRIEDMANLEAK

ATTORNEYS & COUNSELORS AT LAW

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205-278-7000  F 205-278-7001
WWW.FRIEDMANLEAK.COM

May 25, 2006

Mr. Mark L. Keltz, CISR
Aronov Insurance Inc.
Post Office Box 235000
Montgomery, AL 36123-5000

*Via Facsimile at (334) 244-2579*
*and First Class Mail*

RE: Declaratory Judgment action of *State Auto v. Wiregrass Construction, et al.*
In the United States District Court for the Middle District of Alabama, Eastern Division
Civil Action Number:    3:06-CV-00078-MHT
Our File Number:        256-4172

Dear Mark:

Thank you for forwarding the documents you deem responsive to Wiregrass Construction's subpoena. As I mentioned, it is up to you to provide any and all documents within your possession which are responsive to the subpoena. If you have not already, please forward the same documents you sent to me to Jack Owen at Ball, Ball, Mathews & Novak. Mr. Owen represents Wiregrass Construction in the lawsuit.

State Auto does deem all of the records you will produce in response to the subpoena confidential and privileged such that they are subject to the terms of the Protective Order entered in this case by United States Magistrate Judge Susan Russ Walker. Consequently, the documents should not be produced to anyone other than Mr. Owen and my law firm. By copy of this letter, we are informing Mr. Owen of our position that the documents Aronov Insurance produces in response to Wiregrass Construction's subpoena are subject to the terms of the Court's Protective Order.

Please give me a call if you have any questions.

Sincerely,

FRIEDMAN LEAK

Christopher J. Zulanas

CJZ/sa

EXHIBIT
Wiregrass
A

May 25, 2006
Page -2-

cc:
Mr. Jack Owen
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

*Via Fax at (334) 387-3222*
*and First Class Mail*

# FRIEDMAN LEAK
ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P. O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
205-278-7000  205-278-7001
WWW.FRIEDMANLEAK.COM

| | |
|---|---|
| DATE: | May 25, 2006 |
| TO: | Mark L. Keltz, CISR<br>Aronov Insurance, Inc. |
| FACSIMILE NUMBER: | 334.244.2579 |
| TO: | Jack Owen, Esq. |
| FACSIMILE NUMBER: | 334.387.3222 |
| FROM: | Chris Zulanas |
| OUR FILE NO.: | 256-4172 |
| OUR FILE NAME: | State Auto v. Wiregrass Construction, et al. |

NUMBER OF PAGES TRANSMITTED (including cover sheet): 3

MESSAGE:

If there are any problems with this transmission, please contact 205/278-7000.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U. S. POSTAL SERVICE. THANK YOU.