IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv78-MHT WO |
| WIREGRASS CONSTRUCTION CO., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS

Upon consideration of Defendant Travelers' motion to compel (Doc. # 52) filed June 23, 2006, and State Automobile Mutual Insurance Company's Opposition (Doc. # 60), filed June 25, 2006, and for good cause, it is

ORDERED that the motion to compel discovery be and hereby is DENIED without prejudice. Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before June 30, 2006 concerning the subject of the motion. At that time, counsel shall make a good faith effort to agree to a date or dates to produce the documents and to schedule the depositions at issue in the motion so that this discovery is completed on or before July 14, 2006. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily. If the motion is renewed, the Court will consider sanctions against the losing party in accordance with Fed. R. Civ. P. 37(a)(4) in the absence of substantial justification for the losing party's position.

DONE, this 27th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE