IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WIREGRASS CONSTRUCTION CO., INC., )<br>and THE TRAVELERS INDEMNITY )<br>COMPANY, )<br>)<br>Defendants. | CIVIL ACTION NO. 3:06 CV 78-MHT |

## MOTION TO STRIKE FROM THE RECORD ALL REFERENCES TO IMPROPERLY NAMED ENTITY OR, IN THE ALTERNATIVE, DISMISS ALL CLAIMS AGAINST THE IMPROPERLY NAMED ENTITY

Comes now The Travelers Indemnity Company ("Travelers"), and respectfully moves to dismiss the entity improperly named on the Complaint as "St. Paul Travelers," and in support of this motion states as follows:

1. In its initial Complaint the Plaintiff, State Automobile Mutual Insurance Company, improperly referred to this Defendant by the name "St. Paul Travelers." (Doc.1)

2. This Defendant advised Plaintiff of the improper reference and provided the correct name in which this Defendant may be sued. The correct name of the entity which issued the insurance policy in question is The Travelers Indemnity Company.

3. On February 28, 2006, the Plaintiff moved to amend/correct the Complaint to name "The Travelers Indemnity Company" as a Defendant. (Doc. 9)

4. This Defendant did not object to the substitution and, on March 8, 2006, the Court

granted the Plaintiff's motion to substitute the correct name.

5.      However, the Court file and docket sheet continue to include references to the entity "St. Paul Travelers" and counsel for the other parties have inadvertently made references to the improperly named entity.

WHEREFORE PREMISES CONSIDERED, the Defendant, The Travelers Indemnity Company, moves the Court for an order directing the Clerk of Court to strike from the record all references to the improperly named entity, "St. Paul Travelers" or, in the alternative, an order dismissing without prejudice all claims asserted against the improperly referenced Defendant.

Respectfully submitted,

s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Attorney for Defendant, The Travelers
Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
(205) 802-2214
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

    _____    Hand Delivery
    _____    U. S. Mail
    _____    Overnight Delivery
    _____    Facsimile

|     |                |
| --- | -------------- |
| ___ | Certified Mail |
| _x_ | E-filing       |

on this the 27th day of June, 2006.

              s/ Carol Ann Smith
                OF COUNSEL

cc: Christopher John Zulanas
   Michael Jon Douglas
   H. Spence Morano
   Friedman, Leak, Dazzio, Zulanas & Bowling, PC
   P.O. Box 43219
   Birmingham, AL 35242-3219

   C. Winston Sheehan, Jr.
   Jack Owen, Jr.
   Ball, Ball, Matthews & Novak, P.A.
   P.O. Box 2148
   Montgomery, AL 36102