IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**(EASTERN DIVISION)**

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION CASE NUMBER: **3:06-CV-00078-MHT** |
| WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY CO., | ) ) ) | |
| Defendants. | ) | |

**STATE AUTOMOBILE MUTUAL INSURANCE COMPANY'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT WIREGRASS CONSTRUCTION CO., INC.**

COMES NOW the Plaintiff in the above-styled action, **State Automobile Mutual Insurance Company ("State Auto")** and hereby request Defendant Wiregrass Construction Company, Inc. to answer and/or respond to the following discovery requests within the time required by the Federal Rules of Civil Procedure. In addition, the Plaintiff requests that Defendant attach a copy of each and every document referred to in any of the discovery requests or in Defendant's responses thereto. These discovery requests shall be deemed continuing so as to require supplemental answers upon receipt of additional information by each Defendant or each Defendant's attorney subsequent to each Defendant's original response. Any such supplemental answers are to be filed and served upon counsel for Plaintiff within thirty (30) days from receipt of such additional information but not later than the first of the trial of this case.

1.    Please produce certified copies of any and all insurance policies which might provide Wiregrass Construction coverage for defense and/or indemnity of the underlying lawsuit styled *Jessica Hatton, as dependent widow and Administratrix of the Estate of Jackson Irving Hatton, Jr. v. Wiregrass Construction Company, Inc. and David Bulger, Inc.; Macon County and Edward Bowman,* Civil Action Case Number: CV05-119 pending in the Circuit Court of Macon County, Alabama, including any and all automobile liability, general liability and umbrella/excess policies.

Respectfully submitted,

Christopher J. Zulanas
Michael J. Douglas

Attorneys for Plaintiff, State Automobile Mutual
Insurance Company

Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be mailed to all parties/counsel of record, via CM/ECF, on this the 27th day of June, 2006.

OF COUNSEL

cc:
Clyde C. (Jack) Owen Jr.
C. Winston Sheehan, Jr.
**BALL, BALL, MATTHEWS & NOVAK**
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

Carol Ann Smith
Susan H. McCurry
**SMITH & ELY, LLP**
2000A SouthBridge Parkway, Suite 405
Birmingham, AL 35209