IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>)    Plaintiff, )<br>)<br>vs. )<br>)<br>WIREGRASS CONSTRUCTION CO., )<br>INC. and THE TRAVELERS INDEMNITY )<br>COMPANY, )<br>)<br>    Defendants, )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY )<br>COMPANY, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID BULGER, INC. )<br>)<br>    Third-Party Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>CIVIL ACTION NO. 3:06 CV 78-MHT |

TO:   DAVID BULGER, INC.
      C/O DAVID BULGER
      1105 PATE'S MILL LANE
      PRATTVILLE, AL 36067

**YOU ARE HEREBY SUMMONED** and required to serve on THIRD-PARTY PLAINTIFF'S ATTORNEY:

CAROL ANN SMITH
SMITH & ELY, LLP
2000A SOUTHBRIDGE PARKWAY
SUITE 405
BIRMINGHAM, AL 35209

an answer to the complaint which is served on you with this summons, within <u>20</u> days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                        DATE

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and third-party complaint was made by me:

_____        _____
NAME OF SERVER                                                         DATE

                                                                      _____
                                                                      TITLE

*Check one box below to indicate appropriate method of service*

    ☐    Served personally upon the defendant. Place where served:

    ☐    Left copies thereof at the defendant's dwelling house or usual place of suitable age and discretion then residing therein.

           Name of person with whom the summons and complaint were left:

    ☐    Returned unexecuted:

    ✓    **Other (specify): by Certified Mail**

### STATEMENT OF SERVICE FEES

TRAVEL:                    SERVICES:                    TOTAL:

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                       Date                                              Signature of Server

                                                                      _____
                                                                      Address of Server