IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) |   3:06cv78-MHT |
| WIREGRASS CONSTRUCTION ) | |
| COMPANY, INC., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

In light of defendant Travelers Indemnity Company's motion to strike (Doc. No. 64), it is ORDERED that the parties show cause, if any there be, in writing, by July 5, 2006, as to why said motion should not be granted; why all claims against the improperly named party, St. Paul's Travelers, should not be dismissed; and why St. Paul's Travelers should not be removed, as an active party in this case, from the docket sheet.

DONE, this the 29th day of June, 2006.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE