IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>) | |
|    Plaintiff, )<br>) | |
| v. )<br>) | CIVIL ACTION NO.<br>3:06cv78-MHT |
| WIREGRASS CONSTRUCTION COMPANY, INC., et al., )<br>)<br>) | |
|    Defendants. ) | |

### ORDER

The court having been informed that the magistrate judge has ruled on, but not resolved, defendant Travelers Indemnity Company's motion to compel (Doc. No. 59), it is ORDERED that the parties are to file with the court a joint, written notice within two days of the final resolution of the discovery dispute underlying the motion to compel and the pending Rule 56(f) motion (Doc No. 59). The joint notice should include a recommendation, agreed upon by all parties, for a new submission schedule on the

pending motions for summary judgment (Doc. Nos. 37, 39 & 41).

DONE, this the 29th day of June, 2006.

                                               /s/ Myron H. Thompson
                                              UNITED STATES DISTRICT JUDGE