IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>WIREGRASS CONSTRUCTION CO., INC., )<br>and THE TRAVELERS INDEMNITY )<br>COMPANY,   )<br>)<br>Defendants.   ) | CIVIL ACTION NO. 3:06 CV 78-MHT |

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Comes now defendant The Travelers Indemnity Company ("Travelers") and respectfully moves this Court to grant a seven-day extension of the deadline in which to comply with the June 27, 2006 Order (Doc. 63).

1. No party opposes this motion.

2. On June 23, 2006, Travelers filed a Motion to Compel (Doc. 59), which this Court referred to the Honorable Susan Russ Walker, United States Magistrate Judge. (Doc. 61).

3. On June 27, 2006, the Court issued an Order (Doc.63) on the Motion to Compel, directing the parties to confer by June 30, 2006 and make a good faith effort to agree on dates to produce the documents and take the deposition that were the subject of the Motion to Compel. The Court further ordered that this specific discovery must be completed by July 14, 2006.

4. Counsel for the parties conferred regarding possible dates for the above discovery; however, due to the upcoming holiday and vacation schedules, an additional seven days is needed in order to complete the discovery.

5. Counsel for Travelers conferred with Counsel for Wiregrass and Counsel for State Auto, and all counsel have agreed to the request for a seven-day extension of the July 14, 2006 deadline.

WHEREFORE, PREMISES CONSIDERED, Travelers respectfully moves this Court to grant a seven-day extension to complete the court-ordered discovery that is the subject of the Motion to Compel from July 14, 2006 to July 21, 2006.

Respectfully submitted,

s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Susan H. McCurry (ASB-5544-G54S)
Attorneys for Defendant, The Travelers Indemnity Company

**OF COUNSEL:**
Smith & Ely, LLP
2000-A SouthBridge Parkway
Suite 405
Birmingham, AL 35209
Telephone: (205) 802-2214
Fax: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|   |   |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __x__ | E-File |

on this the 29th day of June, 2006.

                                                        s/ Carol Ann Smith
                                                        OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102