IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC., ) and THE TRAVELERS INDEMNITY ) COMPANY, ) ) | |
| Defendants. | |

**MOTION GRANTED to and including July 21, 2006, this 30th day of June, 2006.**
_UNITED STATES MAGISTRATE JUDGE_

**UNOPPOSED MOTION TO EXTEND DEADLINE**

Comes now defendant The Travelers Indemnity Company ("Travelers") and respectfully moves this Court to grant a seven-day extension of the deadline in which to comply with the June 27, 2006 Order (Doc. 63).

1. No party opposes this motion.

2. On June 23, 2006, Travelers filed a Motion to Compel (Doc. 59), which this Court referred to the Honorable Susan Russ Walker, United States Magistrate Judge. (Doc. 61).

3. On June 27, 2006, the Court issued an Order (Doc.63) on the Motion to Compel, directing the parties to confer by June 30, 2006 and make a good faith effort to agree on dates to produce the documents and take the deposition that were the subject of the Motion to Compel. The Court further ordered that this specific discovery must be completed by July 14, 2006.

4. Counsel for the parties conferred regarding possible dates for the above discovery; however, due to the upcoming holiday and vacation schedules, an additional seven days is needed in order to complete the discovery.