...ᴵᴵᴵᴵ......ᴵᴵᴵ.ᴵ..ᴵ
istrict Court
ox 711  RECEIVED
omery, AL  36101

   JUL 11  A 11: 14

14 2890 0002 8284 7670




1760          PB3541859

DAVID BULGER, INC.
C/O DAVID BULGER
1105 PATE'S MILL LANE
PRATTVILLE, AL 36067

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | **SUMMONS IN A CIVIL ACTION** |
| vs. | ) ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| WIREGRASS CONSTRUCTION CO., INC. and THE TRAVELERS INDEMNITY COMPANY, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| THE TRAVELERS INDEMNITY COMPANY, | ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| DAVID BULGER, INC. | ) ) ) | |
| Third-Party Defendant. | ) | |

TO: DAVID BULGER, INC.
C/O DAVID BULGER
1105 PATE'S MILL LANE
PRATTVILLE, AL 36067

**YOU ARE HEREBY SUMMONED** and required to serve on THIRD-PARTY PLAINTIFF'S ATTORNEY:

CAROL ANN SMITH
SMITH & ELY, LLP
2000A SOUTHBRIDGE PARKWAY
SUITE 405
BIRMINGHAM, AL 35209

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

/s/ signature
_____
BY DEPUTY CLERK

6/29/06
_____
DATE

# RETURN OF SERVICE

Service of the Summons and third-party complaint was made by me:

_____  _____
NAME OF SERVER                  DATE

                                _____
                                TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

✓ **Other (specify): by Certified Mail**

## STATEMENT OF SERVICE FEES

| TRAVEL: | SERVICES: | TOTAL: |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                       Signature of Server

                                         _____
                                         Address of Server