IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WIREGRASS CONSTRUCTION CO., )<br>INC. and THE TRAVELERS INDEMNITY )<br>COMPANY, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>THE TRAVELERS INDEMNITY )<br>COMPANY, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID BULGER, INC. )<br>)<br>Third-Party Defendant. ) | **THIRD PARTY<br>ALIAS SUMMONS<br>IN A CIVIL ACTION**<br><br>CIVIL ACTION NO. 3:06 CV 78-MHT |

TO:   DAVID BULGER, INC.
        3904 BIRMINGHAM HWY.
        MONTGOMERY, AL 36108

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve on DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY:

CAROL ANN SMITH
SMITH & ELY, LLP
2000A SOUTHBRIDGE PARKWAY
SUITE 405
BIRMINGHAM, AL 35209

AND,

PLAINTIFF'S ATTORNEY:

CHRISTOPHER JOHN ZULANAS
MICHAEL JON DOUGLAS
H. SPENCE MORANO
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, PC
P.O. BOX 43219
BIRMINGHAM, AL 35242-3219

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procuedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

*Debra P. Hackett*
_____
CLERK

_____
BY DEPUTY CLERK

7/25/06
_____
DATE

# RETURN OF SERVICE

Service of the Summons and third-party complaint was made by me:

NAME OF SERVER

DATE

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

√ **Other (specify): by Certified Mail**

## STATEMENT OF SERVICE FEES

TRAVEL:          SERVICES:                    TOTAL:

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                    Signature of Server

                                        _____
                                        Address of Server

3