IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STATE AUTOMOBILE MUTUAL      )
INSURANCE COMPANY,           )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )     3:06cv78-MHT
                             )
WIREGRASS CONSTRUCTION CO.,  )
and ST. PAUL TRAVELERS,      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 75) is set for submission, without oral argument, on August 9, 2006, with all briefs due by said date.

(2) Pursuant to the order entered on June 29, 2006 (doc. no. 70), the parties are allowed until August 9, 2006, to submit their joint-written notice of the final resolution of the discovery dispute underlying the motion to compel and the pending Rule 56(f) motion (doc. no. 59) as well

as their recommendation, agreed upon by all parties, for a new submission schedule on the pending motions for summary judgment (doc. nos. 37, 39 & 41).

DONE, this the 28th day of July, 2006.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**