IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:06cv78-MHT |
| WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS, | ) ) ) | |
| Defendants. | ) | |

### ORDER

There being no objection, it is ORDERED that defendant Travelers Indemnity Company's motion to strike and alternative motion to dismiss (doc. no. 64) are granted; all claims against the improperly named party, St. Paul's Travelers, are dismissed; and St. Paul's Travelers is removed, as an active party in this case, from the docket sheet.

DONE, this the 28th day of July, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE