**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DAVID BULGER, INC.
   3904 BIRMINGHAM HWY.
   MONTGOMERY, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Amy Vice*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): A. Vice
C. Date of Delivery: 7-07-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
   7004 2890 0002 8284 6888

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540