IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06 CV 78-MHT |
| | ) | |
| WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY, | ) ) ) | |
| | ) | |
| Defendants. | | |

## UNOPPOSED MOTION TO STAY DEADLINES AND PROCEEDINGS

COMES NOW The Travelers Indemnity Company ("Travelers"), by and through its counsel of record, and respectfully moves this Court to enter an order staying all deadlines and proceedings in this matter.  In support of this Motion, Travelers states as follows:

1.      No party opposes this Motion.  Counsel for Travelers has conferred with Counsel for Wiregrass Construction Company, Inc. and Counsel for State Automobile Mutual Insurance Company, and all parties agree to the Motion for Stay.

2.      The parties have entered into good-faith negotiations, and a final settlement of the issues in this case appears imminent; however, settlement is contingent on resolution of certain claims in the underlying wrongful death suit, and the parties are awaiting final resolution of those claims with counsel for the plaintiff in the underlying wrongful death case.

3.      The parties to this action have a reasonable belief that the above-mentioned claims will be resolved in the underlying suit in the near future, but a final agreement cannot be acted upon until the above-referenced contingency is met.

4.      Thus, to provide the parties to this litigation a reasonable opportunity to resolve all issues before this Court and in order to allow the parties time to finalize a settlement agreement, the parties ask this Court to enter an order staying all deadlines and proceedings in this matter for 30 days.

5.      It is in the mutual best interests of all parties to avoid any further expenses associated with discovery, summary judgment proceedings, or other proceedings in this case in hope of finalizing a settlement.

6.      Further, a stay of all deadlines and proceedings will be in the best interest of judicial economy as it will lessen the burden on the Court's time and resources.

WHEREFORE PREMISES CONSIDERED, Travelers respectfully asks this Court to stay all deadlines and proceedings.

Respectfully submitted,


s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Attorney for Defendant, The Travelers
Indemnity Company


OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
casmith@smith-ely.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| ___x___ | E-File |

on this the 1st day of August, 2006.

s/ Carol Ann Smith_____
OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

**To be served by U.S. Mail.**
David E. Allred
Suite 9 7030 Fain Park Drive
Montgomery, AL 36117

David Bulger, Inc.
3904 Birmingham Hwy.
Montgomery, AL 36108