IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:06cv78-MHT |
| WIREGRASS CONSTRUCTION CO., and ST. PAUL TRAVELERS, | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to stay (Doc. No. 81) is granted.

(2) All deadlines are suspended, and the pretrial and trial are canceled.

(3) All other pending motions are denied without prejudice.

(4) The parties are allowed until September 11, 2006, to submit appropriate settlement papers.

DONE, this the 7th day of August, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE