IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,   )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY,   )<br>)<br>)<br>)<br>Defendants.   ) | CIVIL ACTION NO. 3:06 CV 78-MHT |

### UNOPPOSED MOTION TO EXTEND DEADLINE

Comes now defendant The Travelers Indemnity Company ("Travelers") and respectfully moves this Court to grant an extension of time in which to comply with the August 7, 2006 Order (Doc. 83). In support of this Motion, Travelers states as follows:

1. Counsel for Travelers has conferred with Counsel for Wiregrass and Counsel for State Auto, and both have agreed to the request for an extension of this Court's September 11, 2006 deadline.

2. On August 1, 2006, Travelers filed an Unopposed Motion to Stay Deadlines and Proceedings (Doc. 81).

3. On August 7, 2006, the Court issued an Order (Doc.83), granting the Unopposed Motion to Stay Deadlines and Proceedings and directing the parties to submit appropriate settlement papers by September 11, 2006.

4. The parties have been working to finalize a settlement; however, as discussed in Travelers' Unopposed Motion to Stay Deadlines, the settlement in this case is contingent on

resolution of certain claims in the underlying wrongful death suit. The parties are still awaiting final resolution of those claims.

5. Thus, to provide the parties to this litigation a reasonable opportunity to resolve all issues before this Court and in order to allow the parties time to finalize a settlement agreement, Travelers asks this Court to continue the stay in this matter and allow the parties an additional 45 days to submit to the Court appropriate settlement papers.

6. It is in the mutual best interests of all parties to avoid any further expenses associated with discovery, summary judgment proceedings, or other proceedings in this case in hope of finalizing a settlement.

7. Further, allowing the extension of time will be in the best interest of judicial economy as it will lessen the burden on the Court's time and resources.

WHEREFORE, PREMISES CONSIDERED, Travelers respectfully moves this Court to continue the stay of proceedings in this matter and grant a 45-day extension of the September 11, 2006 deadline and allow the parties until October 26, 2006 to submit the appropriate settlement papers.

Respectfully submitted,

s/ Carol Ann Smith
Carol Ann Smith, ASB-3485-T81C
Susan H. McCurry ASB-5544-G54S
Attorney for Defendant, The Travelers
Indemnity Company

OF COUNSEL:
<u>SMITH & ELY, LLP</u>
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __x__ | E-File |

on this the 11th day of September, 2006.

                                                     s/ Carol Ann Smith
                                                   OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

C. Winston Sheehan, Jr.
Jack Owen, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

**To be served by U.S. Mail.**

David E. Allred
Suite 9 7030 Fain Park Drive
Montgomery, AL 36117

David Bulger, Inc.
3904 Birmingham Hwy.
Montgomery, AL 36108