IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
STATE AUTOMOBILE MUTUAL    )
INSURANCE COMPANY,         )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )     3:06cv78-MHT
                           )
WIREGRASS CONSTRUCTION CO.,)
and ST. PAUL TRAVELERS,    )
                           )
     Defendants.           )
```

ORDER

It is ORDERED as follows:

(1) The motion to extend deadline (Doc. No. 84) is granted.

(2) The parties are allowed until October 26, 2006, to submit appropriate settlement papers.

DONE, this the 18th day of September, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE