IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) vs. ) WIREGRASS CONSTRUCTION CO., INC., and THE TRAVELERS INDEMNITY COMPANY, ) ) ) ) ) ) Defendants. | CIVIL ACTION NO. 3:06 CV 78-MHT |

## UNOPPOSED MOTION TO SEAL THE RECORD

COMES NOW The Travelers Indemnity Company ("Travelers"), by and through its counsel of record, and respectfully moves this Court to enter an order sealing the record in this matter. In support of this Motion, Travelers states as follows:

1. No party opposes this Motion. Counsel for Travelers has conferred with Counsel for Wiregrass Construction Company, Inc. and Counsel for State Automobile Mutual Insurance Company, and all parties agree to the Motion to Seal the Record.

2. On May 12, 2006, the Honorable Susan Russ Walker, United States Magistrate Judge for the Middle District of Alabama, issued a protective order regarding certain documents in this matter.

3. Pursuant to Judge Walker's Order, many documents were filed under seal with the Court. Now, the parties request that the entire file be placed under seal.

4. No party will be prejudiced by the granting of this Motion.

WHEREFORE PREMISES CONSIDERED, Travelers respectfully asks this Court to seal the record in this matter.

        Respectfully submitted,

        s/Susan H. McCurry
        Carol Ann Smith, ASB-3485-T81C
        Susan H. McCurry ASB-5544-G54S
        Attorney for Defendant, The Travelers
        Indemnity Company

OF COUNSEL:
SMITH & ELY, LLP
2000-A SouthBridge Parkway, Suite 405
Birmingham, Alabama 35209
Telephone: (205) 802-2214
Facsimile: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| __X__ | E-File |

on this the 25th day of October, 2006.

        s/Susan H. McCurry
        OF COUNSEL

cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

Jack Owen, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

**To be served by U.S. Mail.**
David E. Allred
Suite 9 7030 Fain Park Drive
Montgomery, AL 36117

David Bulger, Inc.
3904 Birmingham Hwy.
Montgomery, AL 36108