IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) WIREGRASS CONSTRUCTION CO., ) and ST. PAUL TRAVELERS, ) ) Defendants. ) | CIVIL ACTION NO. 3:06cv78-MHT |

ORDER

It is ORDERED that the motion to seal record (doc. no. 86) is denied.  While it may have been, and still may be, necessary to seal certain documents, the parties have not explained why it is necessary to seal the entire case.

DONE, this the 27th day of October, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**