IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

STATE AUTOMOBILE MUTUAL          )
INSURANCE COMPANY,               )
                                 )
        Plaintiff,               )
                                 )
v.                               )  CIVIL ACTION NO. 3:06-cv-0078-MHT
                                 )
WIREGRASS CONSTRUCTION CO., INC.,)
And ST. PAUL TRAVELERS,          )
                                 )
        Defendants.              )

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1), Fed.R.Civ.P., it is hereby stipulated by and among counsel for the plaintiff and counsel for the defendants that the above styled action be and is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 27th day of October, 2006.


_____
CHRISTOPHER J. ZULANAS
(ASB-1572-U82C)
Attorney for Plaintiff
State Automobile Mutual Insurance Company

OF COUNSEL:
FREIDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001
Email: czulanas@friedmanleak.com

_____

JACK OWEN
(ASB-4805-N66C)
Attorney for Defendant
Wiregrass Construction Co., Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148
(334) 387-7680
(334) 387-3222 (Fax)
Email: ccowen@ball-ball.com

_____

SUSAN H. MCCURRY
(ASB-5544-G54S)
Attorney for Defendant
The Travelers Indemnity Company

OF COUNSEL:
SMITH & ELY, L.L.P.
Suite 405
2000A SouthBridge Parkway
Birmingham, AL 35209
(205) 802-2214
(205) 879-4445 (Fax)
Email: smccurry@smith-ely.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| \_\_X\_\_ | E-File |

on this the 27th day of October, 2006.

                                                    s/Susan H.  McCurry
                                                    OF COUNSEL


cc:

Christopher John Zulanas
Michael Jon Douglas
H. Spence Morano
Friedman, Leak, Dazzio, Zulanas & Bowling, PC
P.O. Box 43219
Birmingham, AL 35243

Jack Owen, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102

**To be served by U.S. Mail.**
David E. Allred
Suite 9 7030 Fain Park Drive
Montgomery, AL 36117

David Bulger, Inc.
3904 Birmingham Hwy.
Montgomery, AL 36108