IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WIREGRASS CONSTRUCTION CO., )<br>and ST. PAUL TRAVELERS, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:06cv78-MHT<br>(WO) |

## JUDGMENT

Pursuant to the stipulation of dismissal (doc. no. 88), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of October, 2006.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE